AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Hon. Eric Swalwell,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Donald J. Trump, in his personal capacity,<br>Donald J. Trump, Jr.,<br>Rep. Mo Brooks, in his personal capacity, and<br>Rudolph Giuliani,<br><br>*Defendant(s)* | Civil Action No. 21-cv-00586-APM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald J. Trump
Mar-a-Lago Club
1100 S. Ocean Blvd.
Palm Beach, FL 33480-5004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Matthew Kaiser | Philip Andonian | Barry Coburn |
| Sarah Fink | Joseph Caleb | Marc Eisenstein |
| KaiserDillon PLLC | Caleb Andonian, PLLC | Coburn & Greenbaum PLLC |
| 1099 14th Street, NW | 1156 15th Street, NW | 1710 Rhode Island Ave., NW |
| 8th Floor West | Ste. 510 | 2nd Floor |
| Washington, DC 20005 | Washington, DC 20005 | Washington, DC 20005 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/10/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Hon. Eric Swalwell,

*Plaintiff(s)*

v.

Donald J. Trump, in his personal capacity,
Donald J. Trump, Jr.,
Rep. Mo Brooks, in his personal capacity, and
Rudolph Giuliani,

*Defendant(s)*

Civil Action No. 21-cv-00586-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Donald J. Trump Jr.
425 E. 58th St., Apt. 12 CD
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Matthew Kaiser | Philip Andonian | Barry Coburn |
| Sarah Fink | Joseph Caleb | Marc Eisenstein |
| KaiserDillon PLLC | Caleb Andonian, PLLC | Coburn & Greenbaum PLLC |
| 1099 14th Street, NW | 1156 15th Street, NW | 1710 Rhode Island Ave., NW |
| 8th Floor West | Ste. 510 | 2nd Floor |
| Washington, DC 20005 | Washington, DC 20005 | Washington, DC 20005 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/10/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Hon. Eric Swalwell,

*Plaintiff(s)*

v.

Donald J. Trump, in his personal capacity,
Donald J. Trump, Jr.,
Rep. Mo Brooks, in his personal capacity, and
Rudolph Giuliani,

*Defendant(s)*

Civil Action No. 21-cv-00586-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rudolph Giuliani
Rudolph W. Giuliani, PLLC
445 Park Avenue FL 18
New York, NY 10022-2606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Matthew Kaiser | Philip Andonian | Barry Coburn |
| Sarah Fink | Joseph Caleb | Marc Eisenstein |
| KaiserDillon PLLC | Caleb Andonian, PLLC | Coburn & Greenbaum PLLC |
| 1099 14th Street, NW | 1156 15th Street, NW | 1710 Rhode Island Ave., NW |
| 8th Floor West | Ste. 510 | 2nd Floor |
| Washington, DC 20005 | Washington, DC 20005 | Washington, DC 20005 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/10/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Hon. Eric Swalwell,

*Plaintiff(s)*

v.

Donald J. Trump, in his personal capacity,
Donald J. Trump Jr.,
Rep. Mo Brooks, in his personal capacity, and
Rudolph Giuliani,

*Defendant(s)*

Civil Action No. 21-cv-00586-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hon. Mo Brooks
2185 Rayburn HOB
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Matthew Kaiser | Philip Andonian | Barry Coburn |
| Sarah Fink | Joseph Caleb | Marc Eisenstein |
| KaiserDillon PLLC | Caleb Andonian, PLLC | Coburn & Greenbaum PLLC |
| 1099 14th Street, NW | 1156 15th Street, NW | 1710 Rhode Island Ave., NW |
| 8th Floor West | Ste. 510 | 2nd Floor |
| Washington, DC 20005 | Washington, DC 20005 | Washington, DC 20005 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/10/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: