AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Eric Swalwell | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-586 |
| Donald J. Trump, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hon. Eric Swalwell                                                                                                                                      .

Date:   03/17/2021

/s/ Matthew Kaiser
*Attorney's signature*

Matthew Kaiser (D.C. Bar No. 486272)
*Printed name and bar number*

KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
*Address*

mkaiser@kaiserdillon.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*