AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Eric Swalwell | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-586 |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hon. Donald J. Trump and Donald J. Trump, Jr.   .

Date:   03/24/2021

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall (VA022)
*Printed name and bar number*
Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314

*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*