AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Eric Swalwell | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-586 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hon. Eric Swalwell                                                                                              .

Date:   04/15/2021                                              /s/ Philip Andonian
                                                                               *Attorney's signature*

                                                            Philip Andonian (D.C. Bar No. 490792)
                                                                       *Printed name and bar number*
                                                                          CalebAndonian PLLC
                                                                          1100 H Street, N.W.
                                                                                Suite 315
                                                                          Washington, D.C. 20005
                                                                                  *Address*

                                                                      phil@calebandonian.com
                                                                              *E-mail address*

                                                                              (202) 953-9850
                                                                           *Telephone number*

                                                                              (202) 217-4100
                                                                               *FAX number*