# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REP. ERIC SWALWELL,<br><br>　　*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, DONALD J. TRUMP, JR., REP. MO BROOKS, and RUDOLPH GIULIANI,<br><br>　　*Defendants*, | Civil Action No. 1:21-cv-00586-AHM |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S ORIGINAL COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Rudolph Giuliani hereby files his Motion to Dismiss Plaintiffs' Original Complaint [Doc. 1].

Arguments in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities filed herewith.

Defendant respectfully prays that the Court grant this Motion, in accordance with the proposed order included herewith.

Date:  May 17, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Joseph D. Sibley IV*

　　　　　　　　　　　　　　　　　　　　Camara & Sibley L.L.P.

　　　　　　　　　　　　　　　　　　　　Joseph D. Sibley IV
　　　　　　　　　　　　　　　　　　　　DC Bar ID: TX0202
　　　　　　　　　　　　　　　　　　　　1108 Lavaca St.
　　　　　　　　　　　　　　　　　　　　Suite 110263
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701

　　　　　　　　　　　　　　　　　　　　Telephone:  (713) 966-6789

Fax:  (713) 583-1131
Email:  sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2021, I electronically filed the foregoing motion—together with the accompanying proposed order and memorandum of law—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joe Sibley*
Joseph D. Sibley IV