UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REP. ERIC SWALWELL, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, DONALD J. TRUMP, JR., REP. MO BROOKS, and RUDOLPH GIULIANI, <br><br> *Defendants*, | Civil Action No. 1:21-cv-00586-AHM |

**[*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**

On May 17, 2021, pursuant to FED. R. CIV. P. 12(b)(6), Defendant Rudolph Giuliani filed his Motion to Dismiss [Doc. ___] Plaintiff's Original Complaint [Doc. 1].

After considering the Motion, response to the Motion, reply in support of the Motion, and the entire record, the Court GRANTS the Motion [Doc. ___] and hereby ORDERS that the Complaint [Doc. 1] is hereby DISMISSED WITH PREJUDICE as to refiling same.

IT IS SO ORDERED.

Date: _____

_____

UNITED STATES DISTRICT JUDGE

1