UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-00586-APM |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DONALD J. TRUMP AND DONALD TRUMP JR.'S
## MOTION TO DISMISS

Defendants Donald J. Trump and Donald Trump Jr. move this court for dismissal of all claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12 (b)(6).

The complaint must be dismissed for lack of subject matter jurisdiction because of its lack of justiciability as to Donald J. Trump, due to absolute immunity and the political question doctrine, and because Plaintiff lacks standing as to all Defendants. The complaint also fails to state a claim upon which relief may be granted as to Donald J. Trump and Donald Trump, Jr..

In support of this motion, Defendants submit the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those contained in the accompanying memorandum, Defendants move that the Court dismiss Plaintiff's Complaint, with prejudice.

Dated: May 24, 2021                                     Respectfully submitted,

                                                        /s/ Jesse R. Binnall
                                                        Jesse R. Binnall (VSB # 79292)
                                                        The Binnall Law Group, PLLC

717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Attorney for Donald J. Trump and Donald Trump, Jr.*

## CERTIFICATE OF SERVICE

I certify that on May 24, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: May 24, 2021 /s/ Jesse R. Binnall
Jesse R. Binnall
*Attorney for Donald J. Trump and Donald Trump, Jr.*