UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>*Defendants*. )<br>) | Civil Case No. 1:21-cv-00586-APM |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss and arguments in the accompanying memoranda, any opposition thereto, any oral arguments before this Court and because the Court finds good cause, it is hereby

**ORDERED** that Defendant Donald J. Trump and Donald Trump, Jr.'s Motion to Dismiss is **GRANTED, with prejudice**.

The Court hereby enters judgment in favor of Defendant Donald J. Trump and Donald Trump, Jr. on all of Plaintiffs' claims.

**SO ORDERED.**


Dated: _____            _____
                                        The Honorable Amit P. Mehta
                                        United States District Judge