UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et. al.*,<br><br>Defendants. | Case No. 1:21-cv-00586-AHM |

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiff Eric Swalwell and Defendants Donald J. Trump, Donald J. Trump, Jr., and Rudolph Giuliani respectfully submit the following joint motion for a briefing schedule for the motions to dismiss that have been filed in this case. These deadlines do not apply with respect to Defendant Mo Brooks, who thus far has not been served:

| Filing | Deadline |
|---|---|
| Plaintiff's Opposition(s) to Motions to Dismiss: | July 8, 2021 |
| Defendants' Replies to Plaintiff's Opposition(s): | July 22, 2021 |

Plaintiff Eric Swalwell and Defendants Donald J. Trump, Donald J. Trump, Jr., and Rudolph Giuliani respectfully request the Court to adopt this joint proposed schedule.

Dated: May 29, 2021  Respectfully submitted,

_____/s/ Joseph Caleb_____
CALEB ANDONIAN PLLC
Joseph Caleb (D.C. Bar No. 495383)
Philip Andonian (D.C. Bar No. 490792)
1156 Fifteenth Street, N.W., Ste. 510
Washington, D.C. 20005
Tel: (202) 787-5792
Email:  joe@calebandonian.com
            phil@calebandonian.com

___/s/ Jesse R. Binnall_____
THE BINNALL LAW GROUP, PLLC
Jesse R. Binnall (VSB #79292)
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1942
Email: jesse@binnall.com

*Attorney for Defendants Donald J. Trump and Donald Trump, Jr.*

_____/s/ Matthew Kaiser_____
KAISERDILLON PLLC
Matthew Kaiser (D.C. Bar No. 486272)
Sarah Fink (D.C. Bar No. 166663)
1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005
Tel: (202) 640-2850
Email: mkaiser@kaiserdillon.com
            sfink@kaiserdillon.com

___/s/ Joseph D. Sibley IV_____
CAMARA & SIBLEY L.L.P.
Joseph D. Sibley IV (TX0202)
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Tel: (713) 966-6789
Email: sibley@camarasibley.com

*Attorney for Defendant Rudolph Giuliani*

_____/s/ Barry Coburn_____
COBURN & GREENBAUM PLLC
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
1710 Rhode Island Avenue, N.W., 2nd Fl.
Washington, D.C. 20036
Tel: (202) 643-9472
Email: barry@coburngreenbaum.com
            marc@coburngreenbaum.com

*Attorneys for Plaintiff Eric Swalwell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2021, the foregoing Joint Motion for Briefing Schedule was served upon all parties of record by the Court's CM/ECF system.

/s/ *Sarah Fink*
Sarah Fink