UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *et. al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:21-cv-00586-AHM |

# [PROPOSED] BRIEFING SCHEDULE

Upon consideration of the Joint Motion For Briefing Schedule submitted by Plaintiff Eric Swalwell and Defendants Donald J. Trump, Donald J. Trump, Jr., and Rudolph Giuliani, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. This case shall proceed with the following deadlines as to the currently-pending motions to dismiss:

| Filing | Deadline |
|---|---|
| Plaintiff's Opposition(s) to Motions to Dismiss: | July 8, 2021 |
| Defendants' Replies to Plaintiff's Opposition(s): | July 22, 2021 |

**SO ORDERED**.

DATE: _____   _____
Hon. Amit P. Mehta
United States District Judge