UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC SWALWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00586-APM |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE THE COMPLAINT
AND FOR OTHER RELIEF AS TO DEFENDANT MO BROOKS**

Plaintiff Eric Swalwell, through undersigned counsel, and pursuant to Fed. R. Civ. P. 4, seeks additional time in which to serve the summons and complaint in this matter on Defendant Mo Brooks. In support of this motion, Plaintiff states as follows:

Plaintiff filed the complaint in this case on March 5, 2021. (ECF Dkt. No. 1.) Under the federal rules, Plaintiff is required to serve each defendant with a summons and a copy of the complaint within 90 days of the filing of the complaint – in this case, by June 5, 2021. Fed. R. Civ. P. 4(m). However, upon a showing of good cause, the Court "must extend the time for service for an appropriate period." *Id*.

For the reasons described below, and for good cause shown, Plaintiff seeks an extension of sixty (60) days to serve Defendant Mo Brooks in light of his ongoing refusal to waive service and the inherent difficulties of attempting service on a sitting Member of Congress. Further, Plaintiff requests that the Court order that service be accomplished by a United States marshal – or anyone else specially appointed by the Court – because of the special circumstances here. *See*

Fed. R. Civ. P. 4(c)(3).  Finally, Plaintiff reserves the right to seek recovery of costs associated with his efforts to serve Brooks.  *See* Fed. R. Civ. P. 4(d)(2).

    **1.**     Mo Brooks unquestionably knows about the instant lawsuit.  Just hours after it was filed, Brooks tweeted a series of baseless accusations against Plaintiff in response:



And yet, Brooks has refused to waive service or even speak to undersigned counsel about the case.  In stark contrast, Defendant Rudolph Giuliani waived service on March 18, 2021 (ECF Dkt. No. 11) and Defendants Donald J. Trump and Donald J. Trump Jr. waived service shortly thereafter, on March 24.  (ECF Dkt. Nos. 9, 10.)  Moreover, Trump, Trump Jr., and Giuliani have already moved for dismissal of the complaint, and the Court recently approved the parties' proposed briefing schedule under which these motions will be fully briefed by July 22.  (May 31, 2021 Minute Order of the Court.)

    **2.**     After receiving the waiver forms from the other Defendants, Plaintiff's counsel, Philip Andonian, contacted Defendant Brooks' Washington, D.C. office to ask if Brooks was also willing to waive service.  Counsel spoke to two different staff members on two separate occasions, and each time was promised a return call that never came.  On April 21, 2021, counsel emailed Brooks (care of his Chief of Staff and chief Counsel) a formal waiver request and attached a copy of the complaint and a pre-filled Waiver of Service form.  Counsel further

informed Brooks of the adverse consequences of his refusal to waive.  *See* Fed. R. Civ. P. 4(d).  A copy of this email is attached here as Exhibit A.  To date, neither Brooks nor any member of his staff has responded to this request.

3.      Given Brooks' refusal to waive service, Plaintiff had to engage the services of a private investigator to attempt to serve Brooks personally – a difficult feat under normal circumstances that has been complicated further in the wake of the January 6 insurrection at the Capitol that Defendants incited.  Indeed, until very recently, public access to the Capitol grounds – including the Rayburn House Office Building, where Brooks' office is located – has been completely cut off, with only Members of Congress and their credentialed staff having access.[1]

4.      Plaintiff's investigator has spent many hours over many days in April and May at locations in multiple jurisdictions attempting to locate and serve Brooks, to no avail.[2]  Plaintiff has borne all costs associated with these efforts.

5.      Because Brooks has refused to waive service, and given the ongoing difficulties serving Brooks directly, Plaintiff believes it is unlikely that he will serve Brooks before the current June 5 deadline.  Accordingly, Plaintiff seeks an additional period of sixty (60) days in which to serve Brooks, and also requests that the Court order the assistance of the United States Marshals Service (or other individual or entity designated by the Court) to accomplish service.

---

[1]     *E.g.,* https://www.washingtonpost.com/local/a-more-solemn--and-secure--us-capitol-two-days-after-riot/2021/01/08/9a35e5c2-51da-11eb-bda4-615aaefd0555_story.html

[2]     Plaintiff intentionally omits details of the specific steps taken to personally serve Brooks since these efforts are ongoing.

**Conclusion**

For the foregoing reasons, Plaintiff requests that this motion be granted and the requested relief ordered.

Dated: June 2, 2021                                                       Respectfully submitted,


     */s/ Philip Andonian*                                                    */s/ Matthew Kaiser*
CALEBANDONIAN PLLC                                                   KAISERDILLON PLLC
Philip Andonian (D.C. Bar No. 490792)                    Matthew Kaiser (D.C. Bar No. 486272)
Joseph Caleb (D.C. Bar No. 495383)                        Sarah Fink (D.C. Bar No. 166663)
1100 H Street, N.W., Ste. 315                                     1099 Fourteenth Street, N.W., 8th Fl.
Washington, D.C. 20005                                               Washington, D.C. 20005
Tel: (202) 953-9850                                                         Tel: (202) 640-2850
Email: phil@calebandonian.com                                 Email: mkaiser@kaiserdillon.com
        joe@calebandonian.com                                             sfink@kaiserdillon.com


     */s/ Barry Coburn*
COBURN & GREENBAUM PLLC
Barry Coburn (D.C. Bar No. 358020)
Marc Eisenstein (D.C. Bar No. 1007208)
1710 Rhode Island Avenue, N.W., 2nd Fl.
Washington, D.C. 20036
Tel: (202) 643-9472
Email: barry@coburngreenbaum.com
        marc@coburngreenbaum.com

*Attorneys for Plaintiff Eric Swalwell*

# EXHIBIT A

# Philip Andonian

| | |
|---|---|
| **From:** | Philip Andonian <phil@calebandonian.com> on behalf of Philip Andonian |
| **Sent:** | Wednesday, April 21, 2021 3:55 PM |
| **To:** | marshall.yates@mail.house.gov; sean.griffin@mail.house.gov |
| **Cc:** | Joseph Caleb |
| **Subject:** | Swalwell v. Trump, et al. (D.C. District Court Case No. 1:21-cv-586) |
| **Attachments:** | 2021-04-21 M. Brooks - Waiver of Service.pdf; Complaint.pdf |
| **Importance:** | High |

Dear Messrs. Yates and Griffin:

I represent Congressman Eric Swalwell in the above-captioned case, in which Congressman Brooks has been named as a defendant. I am reaching out to you both (Mr. Brooks' Chief of Staff and Counsel, respectively, as I understand) in the absence of any means of direct contact with Mr. Brooks. I have called Mr. Brooks' D.C. office on two prior occasions asking to speak with someone regarding the lawsuit, but to date my requests have gone unanswered.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I am asking if Mr. Brooks is willing to waive formal service of the summons and complaint in this matter. I have attached a file-stamped copy of the complaint for your reference, as well as a pre-filled copy of a Waiver of the Service of Summons form. For your convenience, I am happy to accept an electronic copy of the executed waiver form, which you can return to me via email at this address.

Pursuant to Rule 4, Mr. Brooks will have 60 days from today's date (April 21) to respond to the complaint. Because that date, June 20, falls on a Sunday, Mr. Brooks' response therefore would be due on Monday, June 21. Please note that Mr. Brooks has an obligation under the rule to avoid unnecessary expenses associated with formal service of the summons and complaint. Absent a showing of "good cause" – which does <u>not</u> include a belief that the lawsuit lacks merit or is in the wrong venue, or that the district court lacks jurisdiction – Mr. Brooks will be liable for all costs associated with formal service if he elects not to sign and return the attached waiver form. We are already in contact with counsel for the other defendants in the case, all of whom have agreed to waive service, and we now are attempting to reach an agreement on a reasonable schedule for the defendants' responses to the complaint. It would help to streamline things to have Mr. Brooks' participation in that process.

Please advise as soon as possible whether Mr. Brooks will agree to waive service, but in any event no later than COB on May 21. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Philip Andonian | Member
CALEBANDONIAN PLLC
1100 H Street, N.W., Suite 315, Washington, D.C. 20005

1

O: 202.953.9850 • D: 202.953.9848 • C: 202.368.4124 • F: 202.217.4100  phil@calebandonian.com • www.calebandonian.com

*The content of this message is intended for the listed recipient(s) only, and may contain information that is privileged and confidential.  If you have received it by mistake, please inform us by an email reply and then delete the message.  It is forbidden to copy, forward, or in  any way reveal the contents of this message to anyone.  The integrity and security of this email cannot be guaranteed over the Internet.  Therefore, the sender will not be held liable for any damage caused by the message.*

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Certificate of Service**

I hereby certify that on this 2nd day of June, 2021, the foregoing Motion for Additional Time to Serve the Complaint was served upon all parties of record by the Court's CM/ECF system.

/s/ Philip Andonian
Philip Andonian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, *et. al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00586-APM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Additional Time to Serve the Complaint on Defendant Mo Brooks, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall have an additional sixty (60) days in which to serve Defendant Brooks. The Court further orders that service may be accomplished by the United States Marshals Service.

**SO ORDERED**.

DATE: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　United States District Judge