# EXHIBIT A

**Philip Andonian**

| | |
|---|---|
| **From:** | Philip Andonian <phil@calebandonian.com> on behalf of Philip Andonian |
| **Sent:** | Wednesday, April 21, 2021 3:55 PM |
| **To:** | marshall.yates@mail.house.gov; sean.griffin@mail.house.gov |
| **Cc:** | Joseph Caleb |
| **Subject:** | Swalwell v. Trump, et al. (D.C. District Court Case No. 1:21-cv-586) |
| **Attachments:** | 2021-04-21 M. Brooks - Waiver of Service.pdf; Complaint.pdf |
| **Importance:** | High |

Dear Messrs. Yates and Griffin:

I represent Congressman Eric Swalwell in the above-captioned case, in which Congressman Brooks has been named as a defendant. I am reaching out to you both (Mr. Brooks' Chief of Staff and Counsel, respectively, as I understand) in the absence of any means of direct contact with Mr. Brooks. I have called Mr. Brooks' D.C. office on two prior occasions asking to speak with someone regarding the lawsuit, but to date my requests have gone unanswered.

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I am asking if Mr. Brooks is willing to waive formal service of the summons and complaint in this matter. I have attached a file-stamped copy of the complaint for your reference, as well as a pre-filled copy of a Waiver of the Service of Summons form. For your convenience, I am happy to accept an electronic copy of the executed waiver form, which you can return to me via email at this address.

Pursuant to Rule 4, Mr. Brooks will have 60 days from today's date (April 21) to respond to the complaint. Because that date, June 20, falls on a Sunday, Mr. Brooks' response therefore would be due on Monday, June 21. Please note that Mr. Brooks has an obligation under the rule to avoid unnecessary expenses associated with formal service of the summons and complaint. Absent a showing of "good cause" – which does <u>not</u> include a belief that the lawsuit lacks merit or is in the wrong venue, or that the district court lacks jurisdiction – Mr. Brooks will be liable for all costs associated with formal service if he elects not to sign and return the attached waiver form. We are already in contact with counsel for the other defendants in the case, all of whom have agreed to waive service, and we now are attempting to reach an agreement on a reasonable schedule for the defendants' responses to the complaint. It would help to streamline things to have Mr. Brooks' participation in that process.

Please advise as soon as possible whether Mr. Brooks will agree to waive service, but in any event no later than COB on May 21. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

**Philip Andonian | Member**
CALEBANDONIAN PLLC
1100 H Street, N.W., Suite 315, Washington, D.C. 20005

O: 202.953.9850 • D: 202.953.9848 • C: 202.368.4124 • F: 202.217.4100  phil@calebandonian.com • www.calebandonian.com

*The content of this message is intended for the listed recipient(s) only, and may contain information that is privileged and confidential.  If you have received it by mistake, please inform us by an email reply and then delete the message.  It is forbidden to copy, forward, or in  any way reveal the contents of this message to anyone.  The integrity and security of this email cannot be guaranteed over the Internet.  Therefore, the sender will not be held liable for any damage caused by the message.*

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪