**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Representative ERIC SWALWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-00586-APM |
| DONALD J. TRUMP, *et. al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Additional Time to Serve the Complaint on Defendant Mo Brooks, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall have an additional sixty (60) days in which to serve Defendant Brooks. The Court further orders that service may be accomplished by the United States Marshals Service.

**SO ORDERED**.

DATE: _____         _____
                                                                                           Hon. Amit P. Mehta
                                                                                           United States District Judge