AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hon. Eric Swalwell | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00586 |
| Donald J. Trump, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hon. Eric Swalwell                                                                     .

Date:   06/05/2021                                              /s/ Barry Coburn
                                                                         *Attorney's signature*

                                                              Barry Coburn-358020
                                                         *Printed name and bar number*

                                                              Coburn & Greenbaum PLLC
                                                              1710 Rhode Island Ave NW
                                                                      2nd Floor
                                                              Washington, DC 20036
                                                                        *Address*

                                                         barry@coburngreenbaum.com
                                                                    *E-mail address*

                                                                  (202) 643-9472
                                                                 *Telephone number*

                                                                  (866) 561-9712
                                                                    *FAX number*