IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity, DONALD J. TRUMP JR., Representative MO BROOKS, and RUDOLPH GIULLIANI,<br><br>*Defendants.* | Civil Action No. 21-cv-00586-APM |

## AFFIDAVIT OF SERVICE ON MO BROOKS

Personally, appeared before the undersigned officer duly authorized by law to administer oaths, Christian Seklecki, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he is over 18 years of age, a citizen of the United States, and not a party to the lawsuit. The statements are true and correct and based upon my personal knowledge.

2.

On June 6, 2021, at 12:14 p.m. (CDT), I served MO BROOKS by leaving a copy of a SUMMONS IN A CIVIL ACTION and COMPLAINT, in the above-styled action, with MARTHA BROOKS, a person of suitable age and discretion, residing and served at 7610 Foxfire Drive SE, Huntsville, Alabama 35802, a usual place of abode for MO BROOKS.

3.

MARTHA BROOKS is a Caucasian female, approximately 64-years-old, 5'7" and 145 lbs.

4.

I initially tried making contact with the occupants of the residence by going to the front door, knocking, ringing the intercom, and ringing the front-door-security device (similar to a RING system). However, there was no answer.

5.

After waiting nearby, I eventually saw a Toyota Highlander (AL: 47AC504 – Registered to MO BROOKS and MARTHA BROOKS) pull into the driveway of the residence. I followed and also drove down the driveway. When I stopped my car at the bottom of the hill, the Toyota Highlander was parked in a parking garage and the parking garage door was open. I got out of my car and walked to the

driver's side door of the Toyota Highlander. As I was approximately two or three feet away, the driver's side door opened, and I recognized the female in the driver's seat to be MARTHA BROOKS. I extended the papers towards the woman for her to accept and said, "Mrs. Brooks, I am serving you with legal paperwork. This is for your husband, Mo Brooks." As MARTHA BROOKS exited her car, I asked her if she wanted me to hand her the papers. She did not answer but yelled at me to leave and told me that she is calling the police. I then said, "Ok, I'm putting them on the floor right there." I then dropped the papers near her feet and reminded her that the papers have been served. I then immediately walked back to my car to leave the property. However, I was unable to immediately leave because MARTHA BROOKS walked around to the rear of my car, ostensibly to note my license plate, and reversing back up the driveway was the only way to leave. After approximately five or six seconds, MARTHA BROOKS walked back around my car and towards the direction of her car. The moment I saw she was clear of my intended path off the property, I reversed up the driveway and left the area.

*(signatures on next page)*

_____
Affiant – Christian Seklecki

Sworn to and subscribed to before me
This __7th__ day of __June__ 2021

_____
Notary Public

CONNOR MORGAN
Notary Public, Cobb Co., Georgia
My Commission Expires 5-6-2025