UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC SWALWELL,

    Plaintiff,

v.                            Case Number: 1:21-CV-586 APM

DONALD J. TRUMP, DONALD J. TRUMP, JR.,
REPRESENTATIVE MO BROOKS & RUDOLPH
GIULIANI,

    Defendants.

### BROOKS REPLY TO SWALWELL MOTION FOR DEFAULT JUDGMENT

Via a pleading date-stamped filed on July 1, 2021, Plaintiff Eric Swalwell filed "Plaintiff's Motion for Default Judgment Against Defendant Mo Brooks" (herein "Default Judgment Motion").

The Default Judgment Motion states "Defendant Brooks was served with the summons and complaint on June 6, 2021"[1] and "Brooks was required to serve his response within 21 days of service of the complaint. In this case no later than June 27, 2021."[2]

The Default Judgment Motion should be denied because Brooks filed his "Petition to Certify Defendant Mo Brooks Was Acting Within the Scope of His Office or Employment" (herein "Petition to Certify") with the District Court Clerk on June 24, 2021, many days before a responsive pleading to Swalwell's Complaint was required.

---

[1] Default Judgment Motion p. 2.

[2] Default Judgment Motion p. 2.



RECEIVED
7/4/2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

For reasons unknown to Brooks, and although the Court Clerk received Brooks' Petition to Certify on June 24, 2021, the Court Clerk inaccurately date-stamped Brooks' Petition to Certify as being received on July 2, 2021, <u>eight days</u> after the Court Clerk's actual receipt of Brooks' Petition to Certify.

Brooks' timely filing of a responsive pleading is established by:

1. Brooks' email (attached hereto) to the Court Clerk, dated June 24, 2021 at 8:57:00 AM EDT that states:

   Subject:  Mo Brooks Petition to substitute U.S. Govt. for defendant Mo Brooks in Civil Case # 1:21-CV-586 APM

   To whom it may concern:

   Attached is a pleading in Civil Case # 1:21-CV-586 APM.

   Please distribute to other parties.

   Mo Brooks

2. Five (5) phone calls were made on June 24, 2021 to the District Court Clerk's Office (at 202-354-3000) to confirm the District Court Clerk's receipt of the Brooks' Petition to Certify.  All calls went unanswered.

3. One (1) phone call was made on June 24, 2021 to the District Court Clerk's Office (at 202-354-3190) to confirm the District Court Clerk's receipt of the Brooks' Petition to Certify.  The District Court Clerk confirmed receipt of Brooks' Petition to Certify.  The call was then ended.

4.  Between June 24, 2021 and July 1, 2021, the District Court Clerk's Office was called and the District Court Clerk's Office made assurances that the

Brooks' Petition to Certify was properly received and would be added to PACER.

5. Because of increasing concern because the Brooks' Petition to Certify still had yet to appear on the PACER system, one (1) phone call was made on July 1, 2021 to the District Court Clerk's Office (at 202-354-3190) to inquire about why the Brooks' Petition to Certify did not appear in the District Court's PACER system. The District Court Clerk's office replied that the filing had been referred to the case manager and would appear on PACER shortly.

6. Also on July 1, 2021, one (1) phone call was made to 202-354-3000 to ascertain why Brooks' Petition to Certify did not appear in the District Court's PACER system. Another District Court Clerk employee stated that the petition was pending before the case manager and there was nothing more needed on Brooks' end to properly file the Brooks' Petition to Certify with the District Court Clerk.

7. On Friday, July 2, 2021, the District Court Clerk's office called and stated that the Brooks' Petition to Certify would be considered filed on June 24, 2021 (the actual filing date).

Respectfully submitted July 4, 2021.

_Mo Brooks_
Morris Jackson "Mo" Brooks, Jr.
Pro Se
100 New Jersey, S.E., Unit 1208
Washington, DC  20003
mobrooksal5@mail.house.gov
256-656-2752

## CERTIFICATE OF SERVICE

I certify that on July 4, 2021, a copy of the foregoing was filed with the Clerk via email to DCDml_Intake@dcd.uscourts.gov, which, as Brooks understands it, will send a copy to all counsel of record.

*Mo Brooks*

Morris Jackson "Mo" Brooks, Jr.
Pro Se
100 New Jersey, S.E., Unit 1208
Washington, DC  20003
mobrooksal5@mail.house.gov
256-656-2752



Sent from my iPad

Begin forwarded message:

**From:** "Z112 Brooks, Mo" <MoBrooksal5@mail.house.gov>
**Date:** June 24, 2021 at 7:57:00 AM CDT
**To:** DCDml_Intake@dcd.uscourts.gov
**Subject: Mo Brooks Petition to substitute U.S. Govt. for defendant Mo Brooks in Civil Case # 1:21-CV-586 APM**

To whom it may concern:

Attached is a pleading in Civil Case # 1:21-CV-586 APM.

Please distribute to other parties.

Mo Brooks