AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ERIC SWALWELL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-586-APM |
| DONALD TRUMP | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action                    .

Date:    07/08/2021                                    /s/ Mark P. Gaber
                                                        *Attorney's signature*

                                            Mark P. Gaber (DC Bar 988077)
                                            *Printed name and bar number*

                                            Campaign Legal Center
                                            1101 14th St. NW
                                            Suite 400
                                            Washington, DC 20005
                                            *Address*

                                            mgaber@campaignlegal.org
                                            *E-mail address*

                                            (202) 736-2200
                                            *Telephone number*

                                            (202) 736-2222
                                            *FAX number*