AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Eric Swalwell ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-586-APM |
| Donald J. Trump ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action.

Date:   07/08/2021

/s/ Adav Noti
*Attorney's signature*

Adav Noti (DC Bar No. 490714)
*Printed name and bar number*
Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005

*Address*

anoti@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*