# APPENDIX A
# DICITIONARY SOURCES

**Index of Dictionary Sources**

| Source: | Page: |
|---|---|
| Abbott, Dictionary of Terms and Phrases Used in American or English Jurisprudence 203 (1879) | 1 |
| Black's Law Dictionary 844 (1st Ed. 1891) | 3 |
| Bouvier Law Dictionary 255 (14th ed. 1871) | 5 |
| Burrill Law Dictionary and Glossary 548 (2d ed. 1867) | 7 |
| Rapalje & Lawrence, Dictionary of American and English Law 895 (1888) | 9 |
| Wharton, Law Lexicon or Dictionary of Jurisprudence 537-38 (2d ed. 1860) | 11 |

 

DATE DOWNLOADED: Wed Jul  7 21:00:20 2021
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
Benjamin Vaughan Abbott. Dictionary of Terms and Phrases Used in American or English Jurisprudence (1879).

ALWD 6th ed.
Abbott, B. Dictionary of Terms & Phrases Used in American or English Jurisprudence (1879).

APA 7th ed.
Abbott, B. (1879). Dictionary of Terms and Phrases Used in American or English Jurisprudence. Boston, Little, Brown and Company.

Chicago 17th ed.
Abbott Benjamin Vaughan. Dictionary of Terms and Phrases Used in American or English Jurisprudence. Boston, Little, Brown and Company.

McGill Guide 9th ed.
Benjamin Vaughan Abbott, Dictionary of Terms & Phrases Used in American or English Jurisprudence (Boston: Little, Brown and Company., 1879)

AGLC 4th ed.
Benjamin Vaughan Abbott, Dictionary of Terms and Phrases Used in American or English Jurisprudence (Little, Brown and Company., 1879)

MLA 8th ed.
Abbott, Benjamin Vaughan. Dictionary of Terms and Phrases Used in American or English Jurisprudence. Boston, Little, Brown and Company. HeinOnline.

OSCOLA 4th ed.
Abbott, Benjamin Vaughan. Dictionary of Terms and Phrases Used in American or English Jurisprudence. Boston, Little, Brown and Company.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

1

Navy agents are officers of the United States. Armstrong v. United States, *Gilp.* 399.

The phrase officers and seamen, in a special act for the relief of the widows and orphans of the officers and seamen of a United States vessel, does not include marines serving on such vessel. 8 *Op. Att.-Gen.* 28.

What persons are "officers" or are "employed in the civil service," and as such entitled to increased compensation under the "twenty per cent resolutions" of Congress, — see Twenty per cent Cases, 20 *Wall.* 179; United States v. Saunders, 22 *Id.* 492; and many cases in *Ct. of Cl. Rep.*

Clerks in the executive departments of the federal government or of a state are officers. Talbot v. United States, 10 *Ct. of Cl.* 426; Vaughn v. English, 8 *Cal.* 39.

A special deputy of a sheriff is not an officer. Kavanaugh v. State, 41 *Ala.* 399.

Commissioners appointed under some state statute to execute a function designated, have been held not to be officers, in People v. Middleton, 28 *Cal.* 603; Bunn v. People, 45 *Ill.* 397; Conrey v. Copland, 4 *La. Ann.* 307.

Managers of a state lottery were held agents, not officers, of the state, in State v. Platt, 4 *Harr. (Del.)* 154.

A road supervisor is not such an officer as is referred to in the statute against resisting officers in the service of process or in the discharge of their duties; it contemplates only such officers as are authorized to execute legal process. State v. Putnam, 35 *Iowa*, 561.

A police juryman is not an officer, within a clause of the constitution prohibiting a person from holding more than one office. Such clause of the constitution applies only to constitutional offices, and does not prevent a constitutional officer from holding a municipal office. State v. Montgomery, 25 *La. Ann.* 138.

A collector of city taxes is a public officer, within the exception in the bankrupt act of 1841, of debts created in consequence of a defalcation as a public officer, from the operation of a discharge. Morse v. City of Lowell, 7 *Met.* 152.

A pension officer of the United States is not an officer of the general government, so as to be disqualified under the state constitution from holding an office of trust or profit under this state. Lindsey v. Attorney-General, 33 *Miss.* 508.

A representative in the state legislature is a public officer. Morril v. Haynes, 2 *N. H.* 246.

The post of health officer of New York is included in the class denominated in the constitution of that state as "other officers." Matter of Whiting, *Edm. Sel. Cas.* 498.

The superintendent or principal keeper of the Albany county penitentiary is a public officer. Porter v. Pillsbury, 11 *How. Pr.* 240.

A board of supervisors of a county is not a public officer, within the meaning of a statute giving double costs when the action is against a public officer. People v. Supervisors of Niagara, 50 *How. Pr.* 353.

The licensing of a merchant under the United States revenue laws does not render him an officer of the United States, or not liable to a state tax. State v. Bell, *Phill. L.*, 76.

That the public printer is not within the constitutional provisions relative to officers, see Brown v. Turner, 70 *N. C.* 93.

A supervisor of roads, in Ohio, is an officer, within a statute punishing resistance to a sheriff, constable, or other officer. Woodworth v. State, 26 *Ohio St.* 196.

County commissioners are officers, within a statute restricting the powers of the several courts to punish for contempts. Hummel's Case, 9 *Watts*, 416.

County commissioners are not officers of the commonwealth, within code of 1860, § 48, prohibiting bribery. Commonwealth v. Neely, 3 *Pittsb.* 527.

A provision for the punishment of embezzlement committed by any cashier "or other officer" of a bank, includes embezzlement committed by the president and directors of a bank. Commonwealth v. Wyman, 8 *Met.* 247.

The treasurer of a railroad company is an officer, &c., of an incorporated company, within a statute relative to embezzlement by such persons. Commonwealth v. Tuckerman, 10 *Gray*, 173.

That the trustees of a corporation — *e.g.* a building society — are not embraced within the term officers, see Second Manhattan Build. Assoc. v. Hayes, 2 *Keyes*, 192.

Trustees of an insurance company, one of whom was its solicitor, and the other its travelling agent, — the by-laws not designating these as officers, — were held not to be officers, in Commonwealth v. Christian, 9 *Phila.* 556.

That a professor is not properly an officer of the college corporation, but a person in its employment, see Union County v. James, 21 *Pa. St.* 525; *Exp.* Bailey, 27 *Eng. L. & Eq.* 190.

A professor in a state university is not a public officer in such a sense as to prevent his employment as such by the board of regents of the university, from creating a contract relative between himself and the board. Butler v. Board of Regent, 32 *Wis.* 124.

**Officer de facto, or de jure.** One is said to be officer *de jure* when he is clothed with full legal right and title to the office, though circumstances, such as the intrusion of an unauthorized person, may prevent his performance of the duties. He is officer *de facto* when, having some apparent authority or color of title, he is actually in the possession of the office, exercising its functions,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

 

DATE DOWNLOADED: Wed Jul  7 20:49:19 2021
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
Henry Campbell Black. Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern (1891).

ALWD 6th ed.
Black, H. Dictionary of L Containing Definitions of the Terms & Phrases of American & English Jurisprudence, Ancient & Modern (1891).

APA 7th ed.
Black, H. (1891). Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern. St. Paul, Minn., West Publishing Co.

Chicago 17th ed.
Black Henry Campbell. Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern. St. Paul, Minn., West Publishing Co.

McGill Guide 9th ed.
Henry Campbell Black, Dictionary of L Containing Definitions of the Terms & Phrases of American & English Jurisprudence, Ancient & Modern (St. Paul, Minn.: West Publishing Co., 1891)

AGLC 4th ed.
Henry Campbell Black, Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern (West Publishing Co., 1891)

MLA 8th ed.
Black, Henry Campbell. Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern. St. Paul, Minn., West Publishing Co. HeinOnline.

OSCOLA 4th ed.
Black, Henry Campbell. Dictionary of Law Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern. St. Paul, Minn., West Publishing Co.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
  https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

*odh*" is thus put in contradistinction to "*fee-odh.*" Mozley & Whitley.

**ODIO ET ATIA.** A writ anciently called "*breve de bono et malo,*" addressed to the sheriff to inquire whether a man committed to prison upon suspicion of murder were committed on just cause of suspicion, or only upon malice and ill will; and if, upon the inquisition, it were found that he was not guilty, then there issued another writ to the sheriff to bail him. Reg. Orig. 133.

**Odiosa et inhonesta non sunt in lege præsumanda.** Odious and dishonest acts are not presumed in law. Co. Litt. 78; 6 Wend. 228, 231; 18 N. Y. 295, 300.

**Odiosa non præsumuntur.** Odious things are not presumed. Burrows, Sett. Cas. 190.

**ŒCONOMICUS.** L. Lat. In old English law. The executor of a last will and testament. Cowell.

**ŒCONOMUS.** Lat. In the civil law. A manager or administrator. Calvin.

**OF COUNSEL.** A phrase commonly applied in practice to the counsel employed by a party in a cause.

**OF COURSE.** Any action or step taken in the course of judicial proceedings which will be allowed by the court upon mere application, without any inquiry or contest, or which may be effectually taken without even applying to the court for leave, is said to be "of course."

**OF FORCE.** In force; extant; not obsolete; existing as a binding or obligatory power.

**OF NEW.** A Scotch expression, closely translated from the Latin "*de novo,*" (*q. v.*)

**OF RECORD.** Recorded; entered on the records; existing and remaining in or upon the appropriate records.

**OFFA EXECRATA.** In old English law. The morsel of execration; the corsned, (*q. v.*) 1 Reeve, Eng. Law, 21.

**OFFENSE.** A crime or misdemeanor; a breach of the criminal laws.

It is used as a *genus*, comprehending every crime and misdemeanor, or as a *species*, signifying a crime not indictable, but punishable summarily or by the forfeiture of a penalty.

**OFFER.** A proposal to do a thing. A proposal to make a contract. Also an attempt.

**OFFERINGS.** In English ecclesiastical law. Personal tithes, payable by custom to the parson or vicar of a parish, either occasionally, as at sacraments, marriages, churching of women, burials, etc., or at constant times, as at Easter, Christmas, etc.

**OFFERTORIUM.** In English ecclesiastical law. The offerings of the faithful, or the place where they are made or kept; the service at the time of the Communion.

**OFFICE.** "Office" is defined to be a right to exercise a public or private employment, and to take the fees and emoluments thereunto belonging, whether public, as those of magistrates, or private, as of bailiffs, receivers, or the like. 2 Bl. Comm. 36.

That function by virtue whereof a person has some employment in the affairs of another, whether judicial, ministerial, legislative, municipal, ecclesiastical, etc. Cowell.

An employment on behalf of the government in any station or public trust, not merely transient, occasional, or incidental. 20 Johns. 493.

The most frequent occasions to use the word arise with reference to a duty and power conferred on an individual by the government; and, when this is the connection, "public office" is a usual and more discriminating expression. But a power and duty may exist without immediate grant from government, and may be properly called an "office;" as the office of executor, the office of steward. Here the individual acts towards legatees or towards tenants in performance of a duty, and in exercise of a power not derived from their consent, but devolved on him by an authority which *quoad hoc* is superior. Abbott.

Offices may be classed as civil and military; and civil offices may be classed as political, judicial, and ministerial. Political offices are such as are not connected immediately with the administration of justice, or the execution of the mandates of a superior officer. Judicial are those which relate to the administration of justice. Ministerial are those which give the officer no power to judge of the matter to be done, and require him to obey the mandates of a superior. It is a general rule that a judicial office cannot be exercised by deputy, while a ministerial one may. 12 Ind. 569.

"Office" is frequently used in the old books as an abbreviation for "inquest of office," (*q. v.*)

**OFFICE-BOOK.** Any book for the record of official or other transactions, kept under authority of the state, in public offices not connected with the courts.

**OFFICE-COPY.** A copy or transcript of a deed or record or any filed document

4




DATE DOWNLOADED: Wed Jul  7 15:38:56 2021
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
John; Gleason Bouvier, Daniel A., Editor. Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law (14).

ALWD 6th ed.
Bouvier, J. L Dictionary, Adapted to the Constitution & Ls of the United States of America, & of the Several States of the American Union: With References to the Civ & Other Systems of Foreign L (14).

APA 7th ed.
Bouvier, J. (14). Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law. Philadelphia, George W. Childs.

Chicago 17th ed.
Bouvier John; Gleason, Daniel A., Editor. Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law. Philadelphia, George W. Childs.

McGill Guide 9th ed.
John; Gleason Bouvier, Daniel A., Editor, L Dictionary, Adapted to the Constitution & Ls of the United States of America, & of the Several States of the American Union: With References to the Civ & Other Systems of Foreign L (Philadelphia: George W. Childs., 14)

AGLC 4th ed.
John; Gleason Bouvier, Daniel A., Editor, Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law (George W. Childs., 14)

MLA 8th ed.
Bouvier, John, and Daniel A. Gleason, Editor. Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law. Philadelphia, George W. Childs. HeinOnline.

OSCOLA 4th ed.
Bouvier, John; Gleason, Daniel A., Editor. Law Dictionary, Adapted to the Constitution and Laws of the United States of America, and of the Several States of the American Union: With References to the Civil and Other Systems of Foreign Law. Philadelphia, George W. Childs.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at

| OFFICE | 255 | OHIO |

See 8 Serg. & R. Penn. 243; 1 Pick. Mass. 278; 10 *id.* 326; 12 Johns. N. Y. 190; 9 Port. Ala. 605; 1 Bell, Comm. 326, 5th ed.; Pothier, Vente, n. 32; 1 Bouvier, Inst. n. 577 *et seq.* And see ACCEPTANCE OF CONTRACTS; ASSENT; BID.

**OFFICE.** A right to exercise a public function or employment, and to take the fees and emoluments belonging to it. Shelford, Mortm. 797; Cruise, Dig. Index; 3 Serg. & R. Penn. 149.

*Judicial* offices are those which relate to the administration of justice, and which must be exercised by persons of sufficient skill and experience in the duties which appertain to them.

*Military* offices are such as are held by soldiers and sailors for military purposes.

*Ministerial* offices are those which give the officer no power to judge of the matter to be done, and require him to obey the mandates of a superior. 7 Mass. 280. See 5 Wend. N. Y. 170; 10 *id.* 514; 8 Vt. 512; 1 Ill. 280. It is a general rule that a judicial office cannot be exercised by deputy, while a ministerial may.

*Political* offices are such as are not connected immediately with the administration of justice or the execution of the mandates of a superior officer: the offices of the president of the United States, of the heads of departments, of the members of the legislature, are of this number.

In the United States, the tenure of office never extends beyond good behavior. In England, offices are public or private. The former affect the people generally; the latter are such as concern particular districts belonging to private individuals. In the United States, all offices, according to the above definition, are public; but in another sense employments of a private nature are also called offices: for example, the office of president of a bank, the office of director of a corporation. For the incompatibility of office, see INCOMPATIBILITY; 4 Serg. & R. Penn. 277; 4 Coke, Inst. 100; Comyns, Dig. b. 7. And see, generally, 3 Kent, Comm. 362; Cruise, Dig. tit. 25; 16 Viner, Abr. 101; Ayliffe, Parerg. 395; Pothier, Traité des Choses, § 2; 17 Serg. & R. Penn. 219; MANDAMUS; QUO WARRANTO.

**OFFICE-BOOK.** A book kept in a public office, not appertaining to a court, authorized by the law of any state.

An *exemplification* of any such office-book, when authenticated under the act of congress of 27th March, 1804, is to have such faith and credit given to it in every court and office within the United States as such exemplification has by law or usage in the courts or offices of the state from whence the same has been taken. See FOREIGN LAWS; FOREIGN JUDGMENT.

**OFFICE-COPY.** A transcript of a record or proceeding filed in an office established by law, certified under the seal of the proper officer.

**OFFICE FOUND.** In English Law. When an inquisition is made to the king's use of any thing, by virtue of office of him who inquires, and the inquisition is found, it is said to be office found. See INQUEST OF OFFICE.

**OFFICER.** He who is lawfully invested with an office.

*Executive* officers are those whose duties are mainly to cause the laws to be executed.

For example, the president of the United States of America, and the several governors of the different states, are executive officers. Their duties are pointed out in the national constitution and in the constitutions of the several states.

*Legislative* officers are those whose duties relate mainly to the enactment of laws, such as members of congress and of the several state legislatures.

These officers are confined in their duties, by the constitution, generally to make laws; though sometimes, in cases of impeachment, one of the houses of the legislature exercises judicial functions somewhat similar to those of a grand jury, by presenting to the other articles of impeachment, and the other house acts as a court in trying such impeachments. The legislatures have, besides, the power to inquire into the conduct of their members, judge of their elections, and the like.

*Judicial* officers are those whose duties are to decide controversies between individuals, and accusations made in the name of the public against persons charged with a violation of the law.

*Ministerial* officers are those whose duty it is to execute the mandates, lawfully issued, of their superiors.

*Military* officers are those who have command in the army; and

*Naval* officers are those who are in command in the navy.

Officers are also divided into public officers and those who are not public. Some officers may bear both characters: for example, a clergyman is a public officer when he acts in the performance of such a public duty as the marriage of two individuals, 4 Conn. 209; and he is merely a private person when he acts in his more ordinary calling of teaching his congregation. See 4 Conn. 134; 18 Me. 155.

Officers are required to exercise the functions which belong to their respective offices. The neglect to do so may, in some cases, subject the offender to an indictment, 1 Yeates, Penn. 519; and in others he will be liable to the party injured. 1 Yeates, Penn. 506.

**OFFICIAL. In Old Civil Law.** The person who was the minister of, or attendant upon, a magistrate.

**In Canon Law.** The person to whom the bishop generally commits the charge of his spiritual jurisdiction bears this name. Wood, Inst. 30, 505; Merlin, Répert.

**OFFICINA JUSTITIÆ.** The workshop or office of justice. **In English Law.** The chancery is so called, because all writs issue from it, under the great seal, returnable into the courts of common law. See CHANCERY.

**OHIO.** One of the new states of the American Union.

2. Massachusetts, Connecticut, and Virginia claimed, under their respective charters, the terri-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

 

DATE DOWNLOADED: Wed Jul  7 16:08:14 2021
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
Alexander M. Burrill. Law Dictionary and Glossary (Burrill's Law Dictionary) (2).

ALWD 6th ed.
Burrill, A. L Dictionary & Glossary (Burrill's L Dictionary) (2).

APA 7th ed.
Burrill, A. (2). Law Dictionary and Glossary (Burrill's Law Dictionary). New York, Baker, Voorhis & Co.

Chicago 17th ed.
Burrill Alexander M. Law Dictionary and Glossary (Burrill's Law Dictionary). New York, Baker, Voorhis & Co.

McGill Guide 9th ed.
Alexander M. Burrill, L Dictionary & Glossary (Burrill's L Dictionary) (New York: Baker, Voorhis & Co., 2)

AGLC 4th ed.
Alexander M. Burrill, Law Dictionary and Glossary (Burrill's Law Dictionary) (Baker, Voorhis & Co., 2)

MLA 8th ed.
Burrill, Alexander M. Law Dictionary and Glossary (Burrill's Law Dictionary). New York, Baker, Voorhis & Co. HeinOnline.

OSCOLA 4th ed.
Burrill, Alexander M. Law Dictionary and Glossary (Burrill's Law Dictionary). New York, Baker, Voorhis & Co.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

gaged. Thus, in the county of Roussillon, A. D. 1027, it was determined in a synod of the clergy, that no man should attack his enemy from the hour of nones on Saturday, to the hour of prime on Monday. In 1041, a general truce of God was accepted by the barons, first of Aquitaine, and then of all France, to last from the Wednesday evening of every week to the Monday morning following. This regulation was admitted by Edward the Confessor in England, in 1042, with some additions of great festivals and other days. It was confirmed by many councils, especially the Lateran council of 1179. The observance of it was sworn by knights, burgesses, and peasants of the age of fourteen and upwards, and the penalty of its infringement was excommunication. *Brande*. Dr. Robertson supposes the clause in the form of an English indictment, which, as an aggravation of the criminal's guilt, mentions his having assaulted a person who was "in the peace of God and of the king," to be borrowed from the *Truce* or Peace *of God* and of the king, (*Treuga* and *Pax Dei*, and *Pax Regis*.) 1 *Rob. Charles* V. Appendix, Note xxi.

TRUE BILL. [L. Lat. *billa vera*.] In criminal practice. The endorsement made by a grand jury upon a bill of indictment, when they find it sustained by the evidence laid before them, and are satisfied of the truth of the accusation. 4 *Bl. Com.* 306.

TRUST. [Lat. *fiducia, fides, fidei-commissum*.] A confidence; a confidence reposed in one person for the benefit of another; a confidence so reposed, respecting property. See *infra*. "What is a trust? A confidence, for which the party is without remedy, save in a court of equity." Henley, Lord Keeper, in Burgess *v.* Wheate, 1 *W. Bl.* 180.

An obligation or duty, arising out of confidence.* An obligation upon a person, arising out of a confidence reposed in him, to apply property faithfully, and according to such confidence. *Willis on Trustees*, chap. 1, p. 2. *Stair's Inst.* b. 4, tit. 6, § 2, cited *ibid*.

A right or interest, arising out of confidence.* An equitable right, title or interest in property, real or personal, distinct from the legal ownership thereof. 2 *Story's Eq. Jur.* 964. An equitable right or interest in property, which another holds in confidence, as the legal owner.* Both these definitions are essential to make up the complete idea of the word.

*⁎* The radical idea of a trust is *confidence*, and this is the word employed by Lord Coke in his definition of a *use*, which has been adopted by Mr. Butler and Mr. Lewin, as the best and most exact definition of a *trust*. *Butler's Co. Litt.* Note 249, lib. 3. *Lewin on Trustees*, 15. See *infra*. The same idea is still more aptly expressed by the Roman term *fidei-commissum*, which literally means a thing *committed to* one's *faith;* and Justinian explains that it was so called, because it rested upon no obligation of law, (*nullo vinculo juris*,) but only on the *honor* of those to whom it was committed, (*sed tantum pudore eorum qui rogabantur, continebantur*.) *Inst.* 2. 23. 1.

A trust, then, in its simplest elements, is a *confidence* reposed in one person, who is termed the *trustee*, for the benefit of another, who is called the *cestui que trust;* and it is a confidence respecting *property*, which is thus held by the former for the benefit of the latter. Out of this confidence arise two *estates* in the property which is the subject of it; a *legal* estate in the *trustee*, which consists essentially in *obligation;* and an *equitable* estate in the *cestui que trust*, which consists in *right* and beneficial *enjoyment*. So that a trust embraces the two ideas of an *obligation* on the part of one person, and a corresponding *right* on the part of another, which are presented in the definitions above given; both founded upon, and growing out of the radical idea of *confidence*, which has been already explained.

In a trust thus constituted, the legal owner holds the direct and absolute dominion over the property, in the view of the law; but the income, profits or benefits thereof in his hands belong wholly, or in part, to others. The legal estate in the property is thus made subservient to certain uses, benefits or charges in favor of others; and these uses, benefits or charges, constitute the *trusts* which courts of equity will compel the legal owner, as trustee, to perform, in favor of the *cestui que trust*, or beneficiary. 2 *Story's Eq. Jur.* § 964.

Mr. Cruise defines a trust or trust estate to be "a right in equity to take the rents and profits of lands whereof the legal estate is vested in some other person; to compel the person thus seised of the legal estate, who is called the *trustee*, to execute such conveyances of the land as the person entitled to the profits, who is called the *cestui que trust*, shall direct, and to defend the

8




DATE DOWNLOADED: Wed Jul  7 16:05:16 2021
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
Stewart; Lawrence Rapalje, Robert L. Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws (1888).

ALWD 6th ed.
Rapalje, S. Dictionary of American & English L with Definitions of the Technical Terms of the Canon & Civ Ls (1888).

APA 7th ed.
Rapalje, S. (1888). Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws. Jersey City, N.J., F. D. Linn & Co.

Chicago 17th ed.
Rapalje Stewart; Lawrence, Robert L. Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws. Jersey City, N.J., F. D. Linn & Co.

McGill Guide 9th ed.
Stewart; Lawrence Rapalje, Robert L., Dictionary of American & English L with Definitions of the Technical Terms of the Canon & Civ Ls (Jersey City, N.J.: F. D. Linn & Co., 1888)

AGLC 4th ed.
Stewart; Lawrence Rapalje, Robert L., Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws (F. D. Linn & Co., 1888)

MLA 8th ed.
Rapalje, Stewart, and Robert L. Lawrence. Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws. Jersey City, N.J., F. D. Linn & Co. HeinOnline.

OSCOLA 4th ed.
Rapalje, Stewart; Lawrence, Robert L. Dictionary of American and English Law with Definitions of the Technical Terms of the Canon and Civil Laws. Jersey City, N.J., F. D. Linn & Co.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

9


OFFENSE. (895) OFFICE.

crimes or indictable offenses, but also offenses punishable on summary conviction.

OFFENSE, (defined). 1 Dak. T. 110; 1 Gr. (N. J.) 314; 3 Wheel. Cr. Cas. 583; 2 Bulst. 299; 1 Chit. Gen. Pr. 14.
—— (in the declaration of rights). 127 Mass. 550, 554.
OFFENSES AFORESAID, (in a statute). 4 Serg. & R. (Pa.) 129.
OFFENSIVE WEAPONS, (what are not). 5 Car. & P. 326; 1 Chit. Gen. Pr. 626; 1 Leach C. C. 342 n.

OFFER.——Every agreement in substance consists of an offer made by one party and its unconditional acceptance by the other. An acceptance, with conditions or new terms added, is in effect a new offer, and does not operate as an acceptance of the original offer. An offer may be withdrawn at any time before it has been unconditionally accepted, and if the person to whom an offer is made refuses it, or neglects to accept it within a reasonable time, it is deemed to be at an end, and he cannot afterwards revive it by purporting to accept it. Chit. Cont.; Poll. Cont., *passim*. See ACCEPTANCE; AGREEMENT; LETTER.

OFFER, (defined). 3 Johns. (N. Y.) Cas. 198.
OFFER AND PROPOSE, (in an indictment). 1 Pa. Leg. Gaz. 455.
OFFER TO TRANSPORT, (in a statute). 1 Whart. (Pa.) 448.
OFFERING, (distinguished from "promising"). 4 Harr. (Del.) 559.

OFFERINGS.—Personal tithes, payable by custom to the parson or vicar of a parish, either occasionally, as at sacraments, marriages, christenings, churching of women, burials, &c.; or at constant times, as at Easter, Christmas, &c. 2 and 3 Edw. IV. cc. 13, 20, 21.

OFFERTORIUM.—The offerings of the faithful, or the place where they are made or kept; the service at the time of communion.

OFF-GOING CROP.—*See* AWAY-GOING CROP; EMBLEMENTS, § 1.

OFFICE.—

§ 1. In general—Public, and private.—In the usual sense of the word, an office is the right and duty to exercise an employment. Thus, we speak of the office of a trustee, executor, guardian, director, sheriff, judge, &c. Offices are either public or private, a public office being one which entitles a man to act in the affairs of others without their appointment or permission. (2 Steph. Com. 620; Co. Litt. 233a.) Public offices are granted either for a term of years, for life or during good behavior (*dum bene se gesserit*), or during the pleasure of the appointor (*durante bene placito*), and some offices in England are capable of being granted to a man and his heirs (in which case they are incorporeal hereditaments), or of being entailed, in which case they are also tenements. Co. Litt. 20a; 2 Bl. Com. 36.

§ 2. Of trust — Ministerial. — Public offices are either offices of trust, which cannot be performed by deputy (including offices of judges, justices of the peace and other judicial offices), or ministerial offices, which may be performed by deputy. 2 Steph. Com. 621. As to offices of honor, see Co. Litt. 165a; Stats. 5 and 6 Edw. VI. c. 16, and 49 Geo. III. c. 126, prohibit the buying and selling of public offices. *See* OATH, § 3.

As to private offices, *see* EXECUTOR; GUARDIAN; TRUSTEE; and the other titles dealing with them.

§ 3. Inquest of office.—"Office" is frequently used in the old books as an abbreviation for "inquest of office" (*q. v.*) When the jury on inquest of office had found the facts to be inquired into, and the verdict or inquest had been returned, the office was said to be found and returned. There are two sorts of offices; the one, called the "office of intituling," vests the estate and possession of the land in the sovereign, where he had only right or title before. The other, called the "office of instruction," is where the estate is already in the sovereign, but the particularity of the land does not appear of record. Tidd 1057, n. (e); 10 Co. 115a; Gilb. Exch. 109.

OFFICE, (defined). 6 Wall. (U. S.) 385; 21 Ill. 65; 12 Ind. 569; 23 *Id.* 449; 36 Miss. 273; 37 N. Y. 518; 71 *Id.* 238, 243; 83 *Id.* 376; 42 Super. (N. Y.) Ct. 481; 2 Bl. Com. c. 3, 36.
—— (what is). 28 Cal. 382; 8 Blackf. (Ind.) 329; 22 Barb. (N. Y.) 595; 1 Hopk. (N. Y.) Ch. 6; 29 Ohio St. 347; Carth. 478.
—— (what is not). 7 Port. (Ala.) 293, 393; 6 Cush. (Mass.) 181; 20 Johns. (N. Y.) 492; 52 N. Y. 478; 17 Serg. & R. (Pa.) 220; 1 Munf. (Va.) 483; 1 Barn. & C. 237.
—— (in constitution of Maine). 3 Me. 481.




DATE DOWNLOADED: Wed Jul  7 15:58:33 2021
SOURCE: Content Downloaded from HeinOnline

Citations:

Bluebook 21st ed.
J. J. S.; Hopper Wharton, Edward. Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law (2).

ALWD 6th ed.
Wharton, J. L Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words & Phrases Employed in the Several Departments of English L (2).

APA 7th ed.
Wharton, J. (2). Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law. Philadelphia, Kay & Brother.

Chicago 17th ed.
Wharton J. J. S.; Hopper, Edward. Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law. Philadelphia, Kay & Brother.

McGill Guide 9th ed.
J. J. S.; Hopper Wharton, Edward, L Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words & Phrases Employed in the Several Departments of English L (Philadelphia: Kay & Brother., 2)

AGLC 4th ed.
J. J. S.; Hopper Wharton, Edward, Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law (Kay & Brother., 2)

MLA 8th ed.
Wharton, J. J. S., and Edward Hopper. Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law. Philadelphia, Kay & Brother. HeinOnline.

OSCOLA 4th ed.
Wharton, J. J. S.; Hopper, Edward. Law Lexicon, or Dictionary of Jurisprudence: Explaining the Technical Words and Phrases Employed in the Several Departments of English Law. Philadelphia, Kay & Brother.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

OFF 537 OFF

(6.) Riding or going armed with dangerous or unusual weapons.—Statute of Northampton, 2 Edw. III. c. 3.

(7.) Spreading false news.

(8.) False and pretended prophecies, with intent to disturb the peace.

(9.) Challenges to fight, either by word or letter, or knowingly bearing them.

(10.) Libel.—6 & 7 Vict. c. 96, and 8 & 9 Vict. c. 75.

(VIII.) Against Public Trade.

(1.) Cheating or selling adulterated or unwholesome food, or using false weights and measures.—Numerous statutes.

(2.) Monopoly.—21 Jac. I. c. 3.

(3.) Conspiracy by illegal means to raise wages.

(4.) Interfering with the rights of labor.—6 Geo. IV. c. 129, s. 3, and 9. Geo. IV. c. 31, s. 29.

(IX.) Against the Public Health, Police or Economy.

(1.) Offending against the Quarantine and Vaccination Acts.—16 & 17 Vict. c. 100.

(2.) Common nuisances, such as—

(a) Omitting to repair public highways or bridges.

(b) Obstructing, encroaching on, or annoying the public in using public highways, bridges, or shores.

(c) Carrying on unwholesome occupations near to public highways or habitations, keeping gaming-houses, brothels, dangerous animals, &c.—Several statutes. As to betting-houses, see 16 & 17 Vict. c. 119. As to the smoke nuisance in the metropolis, see 16 & 17 Vict. c. 128.

(3.) Indecency, such as insults offered to magistrates in the discharge of their duty, and the publication or exhibition of indecent books or pictures, or the indelicate exposure of the person in public places.—See 20 & 21 Vict. c. 83, as to the sale of obscene books, &c.

(4.) Drunkenness.—4 Jac. I. c. 5, and 21 Jac. I. c. 7, ss. 1 & 3.

(5.) Wanton and furious driving.—See 1 Geo. IV. c. 4.

(6.) Cruelty to animals.—12 & 13 Vict. c. 92, amended by the 17 & 18 Vict. c. 60.

(7.) Concealing a child-birth.

(8.) Refusing to bury dead bodies.

(9.) Taking up dead bodies.—The Anatomy Act is 2 & 3 Wm. IV. c. 75.

(10.) Refusing to serve a public office.

(11.) Buying and selling wives.

(12.) Offences against the Game Acts or poaching by night, which for this purpose commences at the expiration of the first hour after sunset, and concludes at the beginning of the last hour before sunrise.—9 Geo. IV. c. 69. The prosecution must be commenced within twelve months of the offence.

(13.) Poaching by day, which for this purpose commences at the beginning of the last hour before sunrise, and concludes at the expiration of the last hour after sunset.—1 & 2 Wm. IV. c. 32.

(14.) Vagrancy divided into three classes — (1.) Idle and disorderly persons; (2.) Rogues and vagabonds; and (3.) Incorrigible rogues. 5 Geo. IV. c. 83; amended by 1 & 2 Vict. c. 38. [Wharton's Cr. Law.]

OFFERINGS, personal tithes, payable by custom to the parson or vicar of the parish, either occasionally, as at sacraments, marriages, christenings, churching of women, burials, &c.; or at constant times, as at Easter, Christmas, &c.—2 & 3 Edw. VI. cc. 13, 20, 21.

OFFERTORIUM, the offerings of the faithful, or the place where they are made or kept; the service at the time of sacrament.

OFFICE, that function by virtue whereof a person has some employment in the affairs of another, whether judicial, ministeral, legislative, municipal, ecclesiastical, &c.—Cowel. It is a species of incorporeal hereditament.—2 Bl. Com. 36.

Also, a place where business is transacted.

OFFICE-COPY, a transcript of a proceeding filed in the proper office of a court under the seal of such office.

OFFICE-FOUND, an inquisition made to the sovereign's use of anything by virtue of an inquest of office, and it is found by the inquiry.

OFFICE-HOURS. The several offices of the Court of Chancery, except the offices of the accountant-general, and of the masters in ordinary, and taxing masters, are to be opened on every day of the year except Sundays, Good Friday, Monday and Tuesday in Easter week, Christmas day, and all days appointed by proclamation to be observed as days of general fast or thanksgiving.—Order 5, 8th May, 1845.

The offices of the accountant-general, and of the masters in ordinary, and taxing masters, are to be opened on every day of the year, except the days specified in order 5, and except during vacations.—Order 6.

The offices of the vacation master in ordinary, and of the vacation taxing master, are to be opened during the vacations on every day, except the days specified in order 5.—Order 7.

The Lord Chancellor may, from time to time, by special order, direct the offices to be closed on days other than those mentioned in order 5, and direct any of the vacations to commence and terminate on days different from the fixed days mentioned in order 8.—Order 10.

At common law, by R. 173, H. T. 1853, "the masters' offices in the several Courts shall be open in term time from eleven o'clock in the forenoon till five o'clock in the afternoon, and not in the evening; and in the vacation from eleven o'clock in the forenoon till three o'clock in the afternoon, except between the 10th day of August and the 24th day of October, when they are to be open from eleven in the morning till two in the afternoon, and except on Good Friday, Easter eve, Monday and Tuesday in Easter week, Christmas day, and the three following days, and such of the four following days as may not fall in the time of term, but not otherwise, namely, the Queen's birthday, the Queen's accession, Whit Monday, and Whit Tuesday, when the offices shall be closed." By the directions of the judges made in H. T. 1853, "between the first day of September and the 24th day of October in each year, one of the masters of the Courts of Queen's Bench, Common Pleas, or Exchequer, shall have authority to tax bills of costs, take

references, and perform other necessary and immediate matters arising in or appertaining to any or either of the said courts at the office of his own court; and for such purpose one of the masters shall attend on certain days in each week as may be found necessary, and of which due notice shall be affixed in the Judges' Chambers, and in the respective offices of the masters of each court; and such master shall be considered as the vacation master." See HOLIDAY; VACATION.

OFFICE, *Inquest of.* See INQUEST OF OFFICE.

OFFICER, a man employed by the public, of whom there is a multitude.

*Officia judicialia non concedantur ante quam vacent.* 11 Co. 4. (Judicial offices are not conceded before they are vacant).

OFFICIAL, pertaining to a public charge.

In the civil law, he is the minister of, or attendant upon, a magistrate. In the canon law, he is the person to whom a bishop commits the charge of his spiritual jurisdiction; there is one in every diocese, called *officialis principalis, i. e.* chancellor; the rest, if there are more, are *officiales foranei, i. e.* commissaries. In our statutes, he is the person whom the archdeacon substitutes for the executing his jurisdiction.—*Wood's Inst.* 30.

OFFICIAL ASSIGNEES, certain persons from the class of merchants or accountants, appointed by the Lord Chancellor, to act in all bankruptcies; one of whom shall in all cases be an assignee of the bankrupt's estate and effects, together with the assignee or assignees chosen by the creditors. All the personal estate, the profits of the realty, and the proceeds of all such estates as shall be sold, are received by such official assignee alone, and paid by him into the Bank of England to the credit of the accountant in bankruptcy. Until assignees are chosen by the creditors, he is sole assignee of the bankrupt's estate and effects. He is attached to the proceedings at the sitting to adjudicate.—12 & 13 *Vict.* c. 106, ss. 38—45.

OFFICIAL LIQUIDATORS, officers appointed to wind up an insolvent limited company. See 19 & 20 *Vict.* c. 47, s. 88.

OFFICIAL MANAGERS, persons appointed to superintend the winding-up of insolvent companies, under the control of the Court of Chancery.

OFFICIAL TRUSTEES OF CHARITIES, appointed by 16 & 17 Vict. c. 137, amended by 18 & 19 Vict. c. 24.

OFFICIAL USE, an active use before the Statute of Uses, which imposed some duty on the legal owner or feoffee to uses, as a conveyance to A, with directions for him to sell the estate and distribute the proceeds amongst B, C, and D. To enable A to perform this duty, he had the legal possession of the estate to be sold.

OFFICIALITY, the court or jurisdiction of which an official is head.

*Officia magistratus non debent esse venalia.* Co. Litt. 234. (The offices of magistrate ought not to be sold).

OFFICIARIIS NON FACIENDIS VEL AMOVENDIS, a writ addressed to the magistrates of a corporation, requiring them not to make such a man an officer, or to put one out of the office he has, until inquiry is made of his manners, &c.—*Reg. Orig.* 126.

OFFICINA JUSTITIÆ, a department of the Common Law jurisdiction in Chancery, out of which original writs issue.

OFFICIO, EX, *oath of*, an oath whereby a person may be obliged to make any presentment of any crime or offence, or to confess or accuse himself of any criminal matter or thing, whereby he may be liable to any censure, penalty, or punishment.—3 *Bl. Com.* 447.

*Officit conatus si effectus sequatur.* Jenk. Cent. 55. (The attempt endangers if an effect follow.)

*Officium nemini debet esse damnosum.* (An office ought to be injurious to no person.)

OLD BAILEY SESSIONS, these were superseded by the Central Criminal Court: *which see.*

OLD NATURA BREVIUM, an old book containing an account of the writs in use at the time of Edward III. It is usually cited *O. N. B.* or *Vet. N. B.*

OLD STYLE. See NEW YEAR'S DAY.

OLERON, an island lying in the bay of Acquitain, at the mouth of the river Charente.

This island was formerly in the possession of the Crown of England, where Richard I. composed some maritime laws, which were called the Laws of Oleron, and were the principal foundation of the maritime laws of most states in Europe.

The inhabitants of the island of Oleron have been able mariners for seven or eight hundred years past, so that they framed and drew up the laws of the navy or the marine, which are still called the Laws of Oleron. According to the French writers, these maritime laws were digested in this island under the title of *Rêole des Jugemens d'Oleron,* by direction of Queen Eleanor, the wife of Henry II. in her quality of Duchess of Guienne, and afterwards enlarged and improved by her son Richard I. But Selden (*de Dom. Mar.* c. 14) denies this, and maintains that these laws were compiled and promulgated by Richard I. as King of England. However, it is proper to add, that more modern writers, as Mons. Boucher, of Paris, and our countryman, Mr. Luders, consider the whole account as fallacious—M. Boucher calling the story of our Richard I. and Queen Eleanor *une chimère des plus invraisemblables.*—*Monthly Review*, Dec. 1811.

OLIGARCHY, a form of government wherein the administration of affairs is lodged in the hands of a few persons.

OLYMPIAD, a Grecian epoch; the space of four years.

OMISSION, neglect to do something, which renders void many proceedings, and sometimes is placed amongst crimes and offences.

*Omissio eorum quæ tacite insunt nihil operatur.* 2 Buls. 131. (The omission of those things which are silently understood is of no consequence.)

OMITTANCE, forbearance.

*Omne actum ab intentione agentis est judicandum. A voluntate procedit causa vitii atque virtutis.* Jur. Civ. (Every act is to be esti-

13