IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. ERIC SWALWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-586-APM |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), proposed *amicus curiae* Campaign Legal Center Action moves for the admission of attorney Hayden Johnson *pro hac vice* in this action.

As set forth in the attached Declaration, Hayden Johnson is admitted and an active member in good standing of the District of Columbia Bar.

The motion is supported and signed by Paul M. Smith, an active and sponsoring member of the Bar of this Court.

Dated: July 12, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Paul M. Smith

　　　　　　　　　　　　　　　　　　　　Paul M. Smith (D.C. Bar No. 358870)
　　　　　　　　　　　　　　　　　　　　CAMPAIGN LEGAL CENTER ACTION
　　　　　　　　　　　　　　　　　　　　1101 14th Street, NW, St. 400
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　(202) 736-2200

　　　　　　　　　　　　　　　　　　　　*Attorney for Proposed Amicus Campaign Legal Center Action*