IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. ERIC SWALWELL,<br><br>           Plaintiff,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>           Defendants. | Civil Action No. 1:21-cv-586-APM |

**DECLARATION OF HAYDEN S. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hayden S. Johnson, hereby declare:

   1. My full name, office address, and telephone number are as follows:

   Hayden Sherwood Johnson
   Campaign Legal Center Action
   1101 14th St. NW, Ste. 400
   Washington, D.C. 20005
   (202) 736-2200
   hjohnson@campaignlegalcenter.org

   2. I am a member of the D.C. Bar and am admitted to practice in the D.C. Court of Appeals.

   3. I hereby certify that I have not been disciplined by any bar, and I am in good standing with the D.C. Bar.

   4. I have not been admitted *pro hac vice* by this Court within the last two years.

   5. I engage in the practice of law in an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2021

                              Respectfully submitted,

                              /s/ Hayden S. Johnson

Hayden S. Johnson
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street, NW, St. 400
Washington, D.C. 20005
(202) 736-2200
hjohnson@campaignlegalcenter.org