IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL,<br><br>    *Plaintiff*,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | No. 1:21-cv-00586 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the motion of law professors for leave to file an *amici curiae* brief in support of the plaintiff, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
Amit P. Mehta
United States District Judge