# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:21-cv-00586-APM |
| DONALD J. TRUMP, DONALD J. TRUMP, JR., REP. MO BROOKS, and RUDOLPH GIULIANI, | |
| *Defendants*, | |

## DEFENDANTS DONALD J. TRUMP, DONALD J. TRUMP, JR., AND RUDOLPH GIULIANI'S UNOPPOSED MOTION TO SET BRIEFING SCHEDULE TO FILE CONSOLIDATED REPLIES TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND TO AMICUS BRIEFS AND TO EXCEED PAGE LIMIT

Pursuant to Pursuant to FED. R. CIV. P. 6(b) and L.R. 7, Defendants Donald J. Trump, Donald J. Trump, Jr., and Rudolph Giuliani hereby file their Unopposed Motion to Set Briefing Schedule to File Consolidated Replies to Plaintiff's Opposition [Doc. 23] to Defendants' Motions to Dismiss [Docs. 13-14] and to Amicus Briefs and to Exceed Page Limit.

Under the parties' previously agreed briefing schedule, Defendants' Reply Briefs to Plaintiff's Opposition are due on July 22, 2021. However, since the filing of the Opposition, multiple Amicus Briefs have been filed in support of Plaintiff's Opposition. Therefore, Defendants seek leave to extend their deadline to file a Reply to the Opposition until **August 16, 2021** that shall also incorporate replies, where Defendants deem it applicable, to the Amicus Briefs. As such, Defendants seek leave to file exceed the normal page limit of 25 pages and to allow the Trump Parties and Giuliani each 50 pages to reply to both Plaintiff's Opposition and the Amicus Briefs.

1

Allowing Defendants leave to extend their Reply deadline and to exceed pages limits will allow Defendants to each address all outstanding issues in their respective Reply Briefs, and will spare Defendants the labor of having to potentially respond to multiple briefs on similar points in a series of piecemeal reply briefs.  Therefore, granting this Motion will promote judicial economy and streamline the issues before the Court.

Plaintiff does not oppose the relief requested herein.  Accordingly, Defendants pray that the Court extend their time to file their Reply Brief to Plaintiff's Opposition and Amicus Briefs be extended to **August 16, 2021**, and that the Trump Defendants and Giuliani each be permitted to exceed page limits up to and including a total of 50 pages.

Date:  July 17, 2021

Respectfully submitted,

By: */s/ Joseph D. Sibley IV*

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701

Telephone:  (713) 966-6789
Fax:  (713) 583-1131
Email:  sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

By: */s/ Jesse R. Binnall*

BINNALL LAW GROUP, PLLC

Jesse R. Binnall
DDC Bar ID: VA022
717 King Street
Suite 200

2

Alexandria, Virginia 22314

Telephone:  (703) 888-1943
Fax:  (703) 888-1930
Email: jesse@binnall.com

**ATTORNEYS FOR DONALD J. TRUMP and DONALD J. TRUMP, JR.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 16th day of July, 2021, I conferred on the relief requested herein with Plaintiff's counsel via email and they are unopposed.

_/s/ Joseph D. Sibley IV_____
Joseph D. Sibley IV

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2021, I electronically filed the foregoing motion—together with the accompanying proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.


*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV