UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, DONALD J. TRUMP, JR., REP. MO BROOKS, and RUDOLPH GIULIANI,<br><br>*Defendants*, | Civil Action No. 1:21-cv-00586-APM |

### [PROPOSED] ORDER

This comes on Defendants Donald J. Trump, Donald J. Trump, Jr., and Rudolph Giuliani's Unopposed Motion to Set Briefing Schedule to File Consolidated Replies to Plaintiff's Opposition to Defendants' Motions to Dismiss and to Amicus Briefs and to Exceed Page Limit. For good cause shown, the motion is GRANTED. Defendants may file their reply briefs up to and until **August 16, 2021** that may also incorporate replies to amicus briefs. The replies shall not to exceed 50 pages in length.

SO ORDERED.

Dated: _____          _____
                                Amit P. Mehta
                                United States District Judge

1