- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | ) |
| | ) |
| Plaintiff, | ) No. 21-cv-586-APM |
| | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, DONALD J. TRUMP | ) |
| JR., MO BROOKS, RUDOLPH GIULIANI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER DENYING PETITION TO CERTIFY DEFENDANT MO BROOKS WAS ACTING WITHIN THE SCOPE OF HIS OFFICE OR EMPLOYMENT**

Before the Court is Defendant Mo Brooks's Petition to Certify Defendant Mo Brooks was Acting Within the Scope of His Office or Employment, ECF No. 20. After full briefing, and careful consideration thereof, the Court concludes Defendant Brooks failed to establish that he was acting within the scope of his office or employment at the time of the incidents out of which Plaintiff's claims arose. The Court therefore **DENIES** the Petition.

IT IS SO ORDERED.

_____
Amit P. Mehta
United States District Court Judge