UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Civil Action No. 1:21-cv-400-APM |
| ERIC SWALWELL,<br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Civil Action No. 1:21-cv-586-APM |
| JAMES BLASSINGAME and SIDNEY HEMBY,<br>    *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Civil Action No. 1:21-cv-858-APM |

**JARED HOLT'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF THE PLAINTIFFS**

Jared Holt moves under LCvR 7(o) for leave to file the attached amicus curiae brief in support of the plaintiffs in the three above-captioned cases. In support, Mr. Holt states:

1.  Mr. Holt is a resident fellow of the Atlantic Council's Digital Forensic Research Lab (DFRLab), where he oversees research into domestic extremism.

2.  Based on his research, Mr. Holt's proposed brief recounts some of the history of President Trump's words inspiring extremist violence and Trump's pattern of encouraging and

even bragging about some of his supporters' capacity for violence. Focusing specifically on the period leading to January 6, Mr. Holt's brief documents the public expression of willingness to commit violence on Trump's behalf among the groups that attacked the Capitol, actual violence by Trump's supporters after the 2020 election, and Trump's continued courting of his base's most violent and conspiratorially minded elements up to the moment that they stormed the Capitol.

3. At the motion-to-dismiss stage, the Court faces the "context-specific" task of determining, based on "experience and common sense," whether the complaints' allegations that Trump intended to cause his supporters to violently disrupt Congress's proceedings on January 6 are plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). Given the unprecedented nature of the facts alleged, Mr. Holt's "unique . . . perspective" as a non-party who has studied the extraordinary relationship between violent extremists and former President Trump gives him a "familiarity and knowledge of the issues" that the Court may find helpful as it applies Rule 12(b)(6) to the unique circumstances of this case. *Wash. Alliance of Tech. Workers v. U.S. Dep't of Homeland Sec.*, Civ. A. No. 16-1170 (RBW), --- F. Supp. 3d ----, 2021 WL 329847, at *1 n.2 (D.D.C. Jan. 28, 2021) (allowing an amicus curiae brief that presented additional facts not presented by the parties as the court evaluated the "record against the applicable legal standard").

4. This motion is timely filed such that it will not "unduly delay the Court's ability to rule on any pending manner." *See* LCvR 7(o). The defendants' deadline to file their replies in support of their motions to dismiss are nearly three weeks away on August 16, and the Court will have ample time to review the attached brief before it rules.

5. As required by LCvR 7(m) and (o), undersigned counsel conferred with counsel for the parties about the relief requested. The plaintiffs in these three cases do not oppose the

filing of the attached brief, nor does Defendant Rudolph Giuliani. Defendant Oath Keepers opposes the relief sought in *Thompson*. Defendant Mo Brooks opposes the relief sought in *Swalwell*. Undersigned counsel sought the position of Defendants Donald J. Trump and Donald J. Trump, Jr. by email on Monday, July 26, at 11:21 a.m. eastern, and on Tuesday, July 27, at 4:41 p.m. eastern, but received no response before filing this motion.

6. Pursuant to LCvR 7(c), a proposed order is attached to this motion.

For these reasons, Mr. Holt requests that the Court grant him leave to file the attached amicus curiae brief in the above-captioned cases.

/s/ Jonathan L. Williams
Jonathan L. Williams
D.C. Bar No. 999708
JONATHAN L. WILLIAMS, P.A.
113 South Monroe Street, First Floor
Tallahassee, FL 32301
(850) 706-0940
jw@jonathanwilliamslaw.com

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
3749 Buchanan Street, No. 475165
San Francisco, CA 94147
(615) 574-9108
christine@statesuniteddemocracy.org

*Counsel for Proposed Amicus Curiae Jared Holt*

4

## CERTIFICATE OF SERVICE

      I certify that on July 28, 2021 the foregoing document was served on all counsel of record by filing it using the CM/ECF system and on the following non-ECF participant by U.S. Mail:

Hon. Mo Brooks
2185 Rayburn HOB
Washington, DC 20515

                                            /s/ Jonathan L. Williams
                                            JONATHAN L. WILLIAMS