AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| ERIC SWALWELL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-586-APM |
| DONALD TRUMP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMICUS CURIAE CAMPAIGN LEGAL CENTER  ACTION                                                        .

Date:      07/30/2021

/s/ Hayden S. Johnson
*Attorney's signature*

Hayden S. Johnson, D.C. Bar No. 1671830
*Printed name and bar number*

Campaign Legal Center Action
1101 14th St. NW
Suite 400
Washington, DC 20005
*Address*

hjohnson@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*