UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Case No. 1:21-cv-00586 APM <br> ) |
| DONALD J. TRUMP, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

MOTION FOR CM/ECF USER NAME AND PASSWORD

I hereby move the Court for leave to participate in the Case Management/Electronic Case Files system.

In support of this motion, I certify that I generally have Internet access through my laptop, WiFi networks and/or my cellphone's data plan; that I have the capacity to file and receive documents electronically on a regular basis; and that I have completed the Clerk's online CM/ECF tutorial

I certify under penalty of perjury that the foregoing is true and correct. Executed on 07/30/2021.

                                                      Respectfully submitted,

                                                      <u>/s/   Morris Jackson "Mo" Brooks, Jr.</u>

                                                      Morris Jackson "Mo" Brooks, Jr.
                                                      Defendant Pro Se
                                                      256-656-2752
                                                      MoBrooksal5@mail.house.gov
                                                      1000 New Jersey S.E. Unit 1208

CERTIFICATE OF SERVICE

I certify that on July 30, 2021, a copy of the foregoing was filed with the Clerk via email to DCDml_Intake@dcd.uscourts.gov, which, as Brooks understands it, will send a copy to all counsel of record.

/s/   Morris Jackson "Mo" Brooks, Jr.

Morris Jackson "Mo" Brooks, Jr.
Defendant Pro Se
256-656-2752
MoBrooksal5@mail.house.gov
1000 New Jersey S.E. Unit 1208