IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | ) |
| | ) |
| Plaintiff, | )   No. 21-cv-586-APM |
| | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, DONALD J. TRUMP JR., MO BROOKS, RUDOLPH GIULIANI, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brian M. Boynton, United States Department of Justice, Civil Division, hereby enters his appearance in this matter as counsel representing the United States of America. Counsel is registered with the Court's ECF System and may receive service of all pleadings through that system. Parties may serve correspondence and other papers in the following manner:

<u>Regular Mail (including Express USPS)</u>
Brian M. Boynton
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
Benjamin Franklin Station
Post Office Box 888
Washington, D.C. 20044

<u>Private Carriers</u>
Brian M. Boynton
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Room 3605
Washington, D.C. 20530

Dated:  December 27, 2021

Respectfully submitted,

/s/ Brian M. Boynton
_____
BRIAN M. BOYNTON
D.C. Bar No. 483187
Acting Assistant Attorney General
U.S. Department of Justice

        Civil Division
        950 Pennsylvania Avenue, N.W.
        Room 3605
        Washington, DC  20530
        Telephone:  (202) 514-5713
        E-mail: brian.m.boynton@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court by using the CM/ECF system.

/s/ Brian M. Boynton

BRIAN M. BOYNTON

*Counsel for the United States of America*