Theodore E. Deutch, Florida
*Chairman*
Jackie Walorski, Indiana
*Ranking Member*

Susan Wild, Pennsylvania
Dean Phillips, Minnesota
Veronica Escobar, Texas
Mondaire Jones, New York

Michael Guest, Mississippi
Dave Joyce, Ohio
John H. Rutherford, Florida
Kelly Armstrong, North Dakota

Thomas A. Rust
*Staff Director and Chief Counsel*

David W. Arrojo
*Counsel to the Chairman*

Kelle A. Strickland
*Counsel to the Ranking Member*

1015 Longworth House Office Building
Washington, D.C. 20515–6328
Telephone: (202) 225–7103
Facsimile: (202) 225–7392



ONE HUNDRED SEVENTEENTH CONGRESS

# U.S. House of Representatives

COMMITTEE ON ETHICS

June 11, 2021

**MEMBER'S PERSONAL ATTENTION**
The Honorable Mo Brooks
U.S. House of Representatives
2185 Rayburn House Office Building
Washington, D.C. 20515

**Let this be filed.
Judge Amit P. Mehta  1/11/2022**

Dear Representative Brooks,

    As you know, on March 10, 2021, the Committee on Ethics (Committee) received information offered as a complaint naming you as a respondent.

    Pursuant to House Rule XI, clause 3(k)(2) and Committee Rule 16(d), the Committee voted on a motion to establish an investigative subcommittee and forward the complaint to that subcommittee for its consideration. In accord with Committee Rule 26(k), we hereby notify you that the motion failed, and an investigative subcommittee was not established. Because Committee Rule 16 provides for no specific further action, the Committee will not further review the complaint.

    It is not our intention to release this letter publicly unless you make public statements regarding this matter that are inconsistent with the spirit and purpose of this letter. If you have any questions, please contact Tom Rust, the Committee's Staff Director and Chief Counsel, at (202) 225-7103.

Sincerely,

Theodore E. Deutch
Chairman

Jackie Walorski
Ranking Member