# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00586-APM |
| DONALD J. TRUMP, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b) of this Court, undersigned counsel hereby submit notice of withdrawal as counsel for Plaintiff in this matter.

Dated: January 20, 2022      Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Barry Coburn*

　　　　　　　　　　　　　　　　　　　*/s/ Marc Eisenstein*
　　　　　　　　　　　　　　　　　　COBURN & GREENBAUM PLLC
　　　　　　　　　　　　　　　　　　Barry Coburn (D.C. Bar No. 358020)
　　　　　　　　　　　　　　　　　　Marc Eisenstein (D.C. Bar No. 1007208)
　　　　　　　　　　　　　　　　　　1710 Rhode Island Avenue, N.W., 2nd Fl.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Tel: (202) 643-9472
　　　　　　　　　　　　　　　　　　Email: barry@coburngreenbaum.com
　　　　　　　　　　　　　　　　　　　　　　　marc@coburngreenbaum.com


Agreed to and Accepted:

*[signature]*
ID 43NQCd9dFjtHsKFMV7P5vyf7

Rep. Eric Swalwell
*Plaintiff*

## Certificate of Service

I hereby certify that on January 20, 2022, the foregoing Notice was served upon all parties of record through the Court's CM/ECF system.

                                                  */s/ Barry Coburn*
                                                  Barry Coburn

## eSignature Details

**Signer ID:** **43NQCd9dFjtHsKFMV7P5vyf7**
Signed by: Eric Swalwell
Sent to email: eswalwell@gmail.com
IP Address: 174.192.203.16
Signed at: Jan 19 2022, 8:26 pm EST