## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ERIC SWALWELL,**

     **Plaintiff,**

**v.**                             **Civil Case Number:  1:21-CV-586 APM**

**DONALD J. TRUMP, DONALD J.
TRUMP, JR., REPRESENTATIVE
MO BROOKS (Pro Se) & RUDOLPH
GIULIANI,**

     **Defendants.**

### BROOKS' MOTION TO DISMISS

     Defendant Mo Brooks ("Brooks") Moves to Dismiss Eric Swalwell's Complaint against Brooks in its entirety.

     Brooks' Motion to Dismiss is pursuant to the Court's suggestion in its Order of February 18, 2022 (Document 66).

     As grounds for Brooks' Motion to Dismiss, Brooks hereby incorporates by reference the Court's Order of February, 18, 2022 (Document 66) and the motions to dismiss, supporting briefs and supporting evidence of defendants Donald J. Trump, Jr., and Rudolph Giuliani.

     Respectfully submitted Pro Se on February 22, 2022.

*Mo Brooks*

Morris Jackson "Mo" Brooks, Jr.
Pro Se Defendant
1000 New Jersey S.E., Unit 1208
Washington, DC  20003
256-656-2752

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022, I caused a copy of the foregoing to be filed with the Clerk via email to DCDml_Intake@dcd.uscourts.gov, or the Pacer System, which, as Brooks understands it, causes a copy to be sent to all counsel of record.

*Mo Brooks*

Morris Jackson "Mo" Brooks, Jr.
Pro Se Defendant
1000 New Jersey S.E., Unit 1208
Washington, DC  20003
256-656-2752