# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON et al.,  )<br>  )<br>　Plaintiffs,  )<br>  )<br>　　v.  )<br>  )<br>DONALD J. TRUMP et al.,  )<br>  )<br>　Defendants.  )<br>  ) | Case No. 21-cv-00400 (APM) |
| ERIC SWALWELL,  )<br>  )<br>　Plaintiff,  )<br>  )<br>　　v.  )<br>  )<br>DONALD J. TRUMP et al.,  )<br>  )<br>　Defendants.  )<br>  ) | Case No. 21-cv-00586 (APM) |
| JAMES BLASSINGAME &  )<br>　SIDNEY HEMBY,  )<br>  )<br>　Plaintiffs,  )<br>  )<br>　　v.  )<br>  )<br>DONALD J. TRUMP,  )<br>  )<br>　Defendant.  )<br>  ) | Case No. 21-cv-00858 (APM) |

|  |  |
|---|---|
| **CONRAD SMITH et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| **DONALD J. TRUMP et al.,** | ) Case No. 21-cv-02265 (APM) ) |
| Defendants. | ) ) ) |

## ORDER

These matters have returned to this court following a remand from the D.C. Circuit. The D.C. Circuit has ordered that, if Defendant Donald J. Trump wishes to have the "opportunity to dispute the plaintiffs' allegations bearing on the immunity question or to introduce his own facts pertaining to the issue," he "must be afforded an opportunity to resolve this immunity claim before merits discovery." *Blassingame v. Trump*, 87 F.4th 1, 29 (D.C. Cir. 2023). That opportunity could include "discovery bearing on the immunity question." *Id.*

To discuss further proceedings in these cases, the parties shall appear for a status conference on February 23, 2024, at 1:30 p.m. in Courtroom 10. A public line shall be connected for this proceeding. The parties shall file a Joint Status Report on or before February 22, 2024, which addresses (1) whether Defendant should file answers at this time; (2) whether the parties wish to pursue discovery as to the immunity question before merits discovery; (3) assuming the parties will first seek immunity-related discovery, the expected parameters of such discovery; (4) a timeline for immunity-related discovery; and (5) any anticipated complex discovery issues that are likely to arise in this matter.

3

In addition, the court *sua sponte* consolidates these matters for purposes of immunity-related discovery, resolution of the immunity issue on summary judgment, and merits discovery, if necessary. Unless ordered otherwise, all future filings in these matters shall be in the first-filed case, *Thompson v. Trump*, Case No. 21-cv-00400 (APM).

Dated: February 16, 2024

                                        Amit P. Mehta
                                        United States District Court Judge