IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Representative ERIC SWALWELL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 21-cv-00586-APM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b) of this Court, undersigned counsel William Pittard hereby submits notice of withdrawal as counsel for Plaintiff, Congressman Eric Swalwell, in this matter. Kaiser PLLC attorneys Matthew G. Kaiser and Noah Hy Brozinsky remain counsel for Congressman Swalwell in this matter.

DATED: December 9, 2024                    Respectfully submitted,

*/s/ William Pittard*
William Pittard (D.C. Bar No. 482949)
Kaiser PLLC
1099 14th St. NW, 8th Floor West
Washington, DC 20005
wpittard@kaiserlaw.com
Telephone: (202) 640-2850
Facsimile: (202) 640-1034

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, I filed the foregoing via the Court's EM/ECF system, and I understand that the system caused service of the same on all registered parties.

>                     */s/ William Pittard*
>                     William Pittard