IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC SWALWELL, | ) |
|     Plaintiff, | ) No. 21-cv-586-APM |
| v. | ) |
| DONALD J. TRUMP, DONALD J. TRUMP JR., MO BROOKS, RUDOLPH GIULIANI, | ) |
|     Defendants. | ) |

**NOTICE OF ATTORNEY WITHDRAWAL**

PLEASE TAKE NOTICE THAT Attorney Taheerah K. El-Amin hereby withdraws her appearance as counsel in this matter representing the United States of America. The remaining attorneys noticed on behalf of the United States in this matter will continue to represent the United States as counsel of record.

Dated: April 11, 2025                Respectfully submitted,

                                                         **YAACHOV M. ROTH**
                                                         Acting Assistant Attorney General
                                                         Civil Division

                                                        **KIRSTEN L. WILKERSON**
                                                         Director, Torts Branch
                                                        Civil Division

                                                       */s/ Taheerah K. El-Amin*
                                                        **TAHERAH K. EL-AMIN**
                                                        Trial Attorney, Torts Branch
                                                        Civil Division

                                                        Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2025, I electronically filed the foregoing **Notice of Attorney Withdrawal** with the Clerk of the Court by using the CM/ECF system.

    */s/ Taheerah K. El-Amin*
    TAHEERAH K. EL-AMIN
    Attorney for the United States of America