# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME, et al., <br><br>     Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, <br><br>     Defendant. | Case No. 1:21-cv-00858-APM |
| SANDRA GARZA, <br><br>     Plaintiff, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br>     Defendants. | Case No. 1:23-cv-00038-APM |
| BRIAN KIRKLAND, <br><br>     Plaintiff, <br><br> vs. <br><br> DONALD J. TRUMP, <br><br>     Defendant. | Case No. 1:22-cv-00034-APM |
| MARCUS J. MOORE, <br><br>     Plaintiff, <br><br> vs. <br><br> DONALD J. TRUMP, <br><br>     Defendant. | Case No. 1:22-cv-00010-APM |

| | |
|---|---|
| CONRAD SMITH, et al., <br><br>      Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br>      Defendants. | Case No. 1:21-cv-2265-APM |
| ERIC SWALWELL, <br><br>      Plaintiff, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br>      Defendants. | Case No. 1:21-cv-00586-APM |
| BOBBY TABRON, et al., <br><br>      Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, <br><br>      Defendant. | Case No. 1:22-cv-00011-APM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Brett A. Shumate for Defendant United States of America in the above-captioned consolidated cases.

Dated: December 18, 2025

Respectfully submitted,

/s/ Brett A. Shumate
BRETT A. SHUMATE, D.C. Bar # 974673
Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-1509
Email: Brett.A.Shumate@usdoj.gov

*Attorney for United States of America*

## CERTIFICATION OF SERVICE

I hereby certify that on December 18, 2025, the foregoing Notice of Appearance was filed electronically through ECF/CM.

/s/ Brett A. Shumate
BRETT A. SHUMATE, D.C. Bar # 974673
Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-1509
Email: Brett.A.Shumate@usdoj.gov

*Attorney for United States of America*
