**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> Defendant. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP et al., <br><br> Defendants. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |

| | |
|---|---|
| MARCUS J. MOORE et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |
| BOBBY TABRON et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>    Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>    Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP et al.,<br><br>    Defendants. | Case No. 22-cv-00038 (APM)<br><br>(consolidated case) |

**NOTICE OF APPEAL**

Defendant President Donald J. Trump hereby gives notice of his appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Memorandum Opinion and Order entered on March 31, 2026, denying his Motion for Summary Judgment, including, without limitation, his presidential immunity defense. (*Memorandum Opinion and Order, Lee, et al., v. Trump, et al.,* Case No. 21-cv-00400 (APM) (D.D.C. 2026), Doc 219).

Dated: Apr. 10, 2026                         Respectfully submitted,


                                             /s/ *Jesse R. Binnall*
                                             Jesse R. Binnall
                                             D.C. Bar No. 446249
                                             Gerald A. Urbanek, Jr.
                                             VA Bar No. 95043
                                             **Binnall Law Group PLLC.**
                                             717 King Street, Suite 200.
                                             Alexandria, Virginia 22314
                                             Telephone: (703) 888-1943
                                             Facsimile: (703) 888-1930
                                             jesse@binnall.com
                                             gerald@binnall.com

                                             Jonathan M. Shaw
                                             D.C. Bar No. 446249
                                             **Dhillon Law Group, Inc.**
                                             2121 Eisenhower Ave, Suite 608
                                             Alexandria, Virginia 22314
                                             Telephone: (703) 574-1206
                                             Facsimile: (415) 520-6593
                                             jshaw@dhillonlaw.com

                                             Michael J. Walsh, Jr.
                                             D.C. Bar No. 483296
                                             **DLA PIPER LLP (US)**
                                             500 Eighth Street, NW
                                             Washington, DC 20004
                                             Telephone: (202) 799-4000

3

Facsimile: (202) 799-5000
mike.walsh@us.dlapiper.com

Caryn G. Schechtman, Esq.
(*Pro Hac Vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
caryn.schechtman@us.dlapiper.com

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2026, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jesse R, Binnall*
Jesse R. Binnall

*Counsel for President Donald J. Trump*