# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>   *Plaintiff*,<br><br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |

1

| | |
|---|---|
| BOBBY TABRON *et al.*,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendants.* | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant.* | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

## **CONSENT MOTION TO MAINTAIN SEAL OF SUMMARY JUDGMENT EXHIBITS**

Non-parties Event Strategies Incorporated (ESI) and Megan Powers, through their counsel, bring this Consent Motion respectfully requesting the Court maintain the sealed status of Exhibits 80, 84, and 89 previously filed by Plaintiffs as sealed exhibits to their Memorandum in Opposition to Summary Judgment on February 28, 2025. ECF Nos. 152 & 155. Additionally, ESI and Ms. Powers request the Court place redacted versions of Exhibits 80, 84, and 89 on the public docket, which are attached to this Consent Motions as Exhibits A (80), B (84), and C (89). Plaintiffs consent to these requests.

In support thereof, ESI and Ms. Powers state as follows:

1. ESI and Ms. Powers were each issued third-party document production subpoenas (Subpoenas) by Plaintiff in this matter in August of 2024.

2. The Subpoenas instructed ESI and Ms. Powers to not redact any portion of any document they produced to Plaintiffs in response to the Subpoenas.

3. ESI and Ms. Powers produced numerous records to Plaintiffs in response to the Subpoenas. Included in their productions were documents Bates-Labeled as ESI_01_000243, Powers_01_000277, and Powers_01_000350.

4. In accordance with the Stipulated Protective Order entered by the Court in this matter, ESI and Ms. Powers included confidential labels on each of these three documents as they contained personal phone numbers or personal email addresses for various individuals. See ECF No. 112. In accordance with the Subpoenas' instructions, the documents did not contain any redactions.

5. On February 28, 2025, Plaintiffs filed their Memorandum in Opposition to Summary Judgment and included ESI_01_000243, Powers_01_000277, and Powers_01_000350 as Exhibits 80, 89, and 84 respectively. ECF No. 152. Plaintiffs also filed a motion to provisionally file Exhibits 80, 84, and 89 under seal for seven days in accordance with the Stipulated Protective Order in this matter. ECF. No. 155; see also ECF. No. 112.

6. On March 1, 2025, counsel for Plaintiffs alerted counsel for ESI and Ms. Powers of the filing and provisional sealing of Exhibits 80, 84, and 89.

7. Counsel for Plaintiffs and counsel for ESI and Ms. Powers conferred about the personal phone numbers and email addresses contained within these three documents, and ESI and Ms. Powers proposed redactions of these items to allow Exhibits 80, 84, and 89 to be placed on the public docket. Plaintiffs agree with ESI and Ms. Powers' proposed redactions.

8. Therefore, Plaintiffs, ESI, and Ms. Powers request the Court maintain the seal of Exhibits 80, 84, and 89 filed by Plaintiff on February 28, 2025, and place the redacted versions of Exhibits 80, 84, and 89 that are included as exhibits with this Consent Motion on the public docket. Exhibit A to this Consent Motion corresponds to Exhibit 80, Exhibit B corresponds to Exhibit 84, and

Exhibit C corresponds to Exhibit 89.

WHEREFORE, the Plaintiffs, ESI, and Ms. Powers jointly request the Court grant the relief requested herein, and maintain the seal of Exhibits 80, 84, and 89 as contained in ECF Nos. 152 and 155 and place the redacted versions of these exhibits included with this Consent Motion on the public docket.

Date: March 7, 2025.

                                              Respectfully submitted,

                                              */s/ Edward D. Greim*
                                              Edward D. Greim, MO008
                                              Paul E. Brothers, MO0028
                                              Graves Garrett Greim LLC
                                              1100 Main Street, Suite 2700
                                              Kansas City, Missouri 64105
                                              Phone: (816) 256-3181
                                              Fax: (816) 256-5958
                                              edgreim@gravesgarrett.com
                                              pbrothers@gravesgarrett.com

                                              ***Counsel for Non-Parties Event Strategies Incorporated & Megan Powers***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 7th day of March, 2025, the foregoing was served on all counsel of record via the Court's e-filing system.

*/s/ Edward D. Greim*
Edward D. Greim
