| | |
|---|---|
| **From:** | Zac Estojak |
| **Sent:** | Tuesday, January 5, 2021 11:33 AM UTC |
| **To:** | Justin Caporale |
| **Subject:** | Re: STOP THE STEAL VIDEO FOR POTUS PLAY |

downloaded and tested
Thank You,

**Zac Estojak**

**Mobile Technology Graphics**
*"Supplying Today's Events with Tomorrow's Technology"*
www.mtgsigns.com
Making events happen across the entire United States


On Tue, Jan 5, 2021 at 6:27 AM Justin Caporale <justin@eventstrategiesinc.com> wrote:
 stop the steal video to download and have on standby.


--
**Justin Caporale**
direct/text:

Begin forwarded message:


**From:** Caroline Wren <caroline@bluebonnetfundraising.net>
**Date:** January 5, 2021 at 01:18:48 EST
**To:** Maggie Mulvaney                                    Cassidy Kofoed <ckofoed@donaldtrump.com>, kyraaschaefer@            Justin Caporale <justin@eventstrategiesinc.com>, Megan Powers <megan@mpowersconsulting.com>
**Subject: Fwd: STOP THE STEAL VIDEO FOR POTUS PLAY**


Epic video to play

Sent from my iPhone

Begin forwarded message:


**From:** Ali A <ali@viceandvictory.com>
**Date:** January 5, 2021 at 1:11:52 AM EST
**To:** Caroline Wren <Caroline@bluebonnetfundraising.net>

ESI_01_000243